# Exhibit A

# COLLEGE BOUND

A Publication of the **FLORIDA PREPAID COLLEGE PROGRAM**

ENROLLMENT ISSUE                                          2001-2002



## Sign Up Now and Save!

**Tell your friends and family! It's time to sign up for the Florida Prepaid College Program.**

College costs in Florida are expected to quadruple by the time today's newborn goes to college. It is hard to predict how much it will cost to send your children to college. But, with the Florida Prepaid College Program, you don't have to worry.

"With this program, you don't have to worry about the stock market or if you will have enough money saved. The program guarantees to cover the cost when your children or grandchildren are ready for college," says Stanley G. Tate, Chairman of the Florida Prepaid College Program.

"Are all your children signed up yet? If not, it's time to sign them up and save! Now's also the time to add a local fee plan or dormitory plan."

For months, Marcos and Ana-Maria Perez had been looking into the different ways to save for college for their four daughters: Nicole, 7; Carolina, 6; Olivia, 3; and Alexandra, who is just 6 months old.

They heard about the Florida Prepaid College Program from Mrs. Perez's sister — Cecilia Simmons. Mrs. Simmons had enrolled her son, Andres, in the program when he was 1 year old. Andres is now 13.

Mr. and Mrs. Perez were looking for something safe and secure. Something that they could invest in now and that would be there when their children were ready for college. They quickly realized that the Florida Prepaid College Program was the best way to save for college for their family.

"You never know what will happen," says Mrs. Perez. "We want our children's college education to be secure. The Florida Prepaid College Program makes it possible."

Mrs. Perez went to the Web site — www.floridaprepaidcollege.com. She printed out an enrollment application for each of the girls.

She mailed the applications. They were the *first* applications the program received — on the *first* day of enrollment — this year!

### DON'T WAIT!

Inside you will find information about the different prepaid plans, the plan prices and an enrollment application. For more information, visit www.floridaprepaidcollege.com or call 1-800-552-GRAD (4723). To lock in this year's prices, you must sign up by Friday, January 25, 2002.





SNYDER CORPORATE REP. 1

CHAIRMAN STANLEY G. TATE

# Coming Soon!

The Florida Prepaid College Program now covers about *half* the total cost of college, including tuition, local fees and dormitory housing. But, as you know, the current prepaid plan does not cover everything.

For a little more than two years now, we have been developing a new 529 college savings plan. With this new college savings plan, you will be able to save for books, off-campus housing and other college expenses not covered by our current prepaid plan. The new college savings plan will also give you a way to save for more expensive private colleges, out-of-state colleges and graduate school.

Like the current prepaid plan, the State of Florida will directly oversee the investments, marketing and the day-to-day operation of the new college savings plan.

We have taken a lot of time to ensure we develop the *best* possible college savings plan for our customers. I am confident that you will agree this time has been well spent.

The biggest and most important step has been to select a management partner for the new college savings plan. We have chosen TIAA-CREF Tuition Financing, Inc.

The TIAA-CREF Group of Companies is ranked among the top 10 percent of the 500 largest companies in the United States by *Fortune* magazine. It is the leading provider of 529 college savings plan services in the country with $1.5 billion in tuition financing assets under management in 12 other states. TIAA-CREF is recognized as a successful long-term investor, and they share our commitment to quality customer services.

We are on schedule to introduce the new college savings plan in spring 2002.

The new college savings plan will complement, not change, Florida's current prepaid plan.

It will *not* be guaranteed like our current prepaid plan, but it will offer many other benefits.

There will be no residency requirement, providing a new opportunity for Florida grandparents to save for college for their grandchildren who live out of state.

You will be able to use the new college savings plan for most college-related expenses, including tuition, fees, books, computer equipment, food and housing.

You will be able to use the new college savings plan at most colleges in the United States.

There will be no age restrictions, so you can open an account for adults as well as children.

Just like the current prepaid plan, the earnings on the new college savings plan will be *completely* tax-free.

You can sign up for both plans! If you haven't already, buy a prepaid tuition plan, local fee plan and dormitory plan *now* for all your children and grandchildren. And, when available in 2002, start saving for your other college expenses with Florida's new 529 college savings plan.

*Stanley G. Tate*



## COLLEGE BOUND

Published for customers and others interested in the Florida Prepaid College Program, College Bound provides news and information about the program and higher education.

### THE BOARD

Stanley G. Tate, Chairman
Tate Enterprises

Edward L. Cisek, Vice Chairman
Division of Community Colleges

Robert D. Henker
Division of Colleges and Universities

Duane L. Ottenstroer
Eventide Investments, Inc.

Arthur M. Simon
Florida Comptroller's Office

Bruce C. Starling
Asbury Automotive Group
of Central Florida

Thomas J. Wallace, Executive Director

### COMMENTS

Have a question, suggestion or story idea? Write to: College Bound • P.O. Box 6567 • Tallahassee, FL 32314-6567. Or send an e-mail to: prepaid@fsba.state.fl.us.

### CORRESPONDENCE

Mail your letters, forms or address update to: Florida Prepaid College Program • P.O. Box 6567 • Tallahassee, FL 32314-6567.

### PAYMENTS

Send your payments to: Florida Prepaid College Program • P.O. Box 31088 • Tampa, FL 33631-3088.

### CALL US

1-800-552-GRAD (4723) and press prompt 2



To receive information about Florida's new 529 college savings plan, when available next year, call 1-800-552-GRAD (4723) or visit www.floridaprepaidcollege.com.

**A COLLEGE GRADUATE** earns 81 percent more on average than a high school graduate. Over a lifetime, the earnings gap is more than $1,000,000!

SNYDER CORPORATE REP. 2

# Why The Florida Prepaid College Program?

The Florida Prepaid College Program is helping Florida families save for college for their children. Here are a few of their stories.



*Gabrielle, John Joseph and John Christopher Sauickie*

### THE GUARANTEE

After reading about the Florida Prepaid College Program in his local newspaper, John Sauickie immediately got online and started looking into the program for his three children.

John, a financial consultant, also considered some of the 529 college savings plans now available. He decided that depending on the stock market for his children's college education was just too much of a risk. John and his wife, Lynne, chose the Florida Prepaid College Program because of the guarantee.

"We looked at our financial priorities as a family and decided the Florida Prepaid College Program was the best, safest, most affordable option for us," says John.

### IT'S DONE!

The father of a 2-year-old and 4-year-old twins, Ron Rowars needed a college plan. So he researched his options — stocks, bonds, mutual funds and the Florida Prepaid College Program.



*Trevor Rowars*

"Looking at the rate of return on most investments now, the Florida Prepaid College Program guarantee proved to be the best option with the least amount of risk. The program hedges against any increase in the cost of college tuition, local fees and dormitory housing. None of the other investment options I considered could make that same promise," says Ron.

According to Ron, it's one of the best decisions he ever made.

"It's done and paid for. Our children now have the opportunity to go to college. And I don't have to worry about it anymore!"



*Jackson and Kyle Rowars*



### BACKED BY THE STATE

With three children, all under the age of 11, Margaret and Bart Collins were looking for a way to start planning for college. They had some money saved and wanted to put it in something safe. Their accountant told them about the Florida Prepaid College Program.



*Matt, Charlie and Sydney Collins*

"We read the enrollment handbook cover-to-cover before we committed to the program. Knowing the State of Florida stands behind this program and there is absolutely no risk, really makes the difference," says Margaret.

**SNYDER CORPORATE REP. 3**

# About The Program

## What makes the Florida Prepaid College Program different from the many other ways to save for college?



The program allows families to prepay the cost of college at today's prices. What you pay now is *guaranteed* by the State of Florida — no matter how much college costs increase in the future.

The program offers three different tuition plans, a dormitory plan and a local fee plan that covers other college fees. You will find more information about the different prepaid plans and the plan prices on the next few pages.

It's flexible. You can use the prepaid plan at any public Florida university or community college, most private colleges in Florida, select technical schools and most out-of-state colleges.

It's safe. You cannot lose your money, and you can get a refund anytime, for any reason.

If your child gets a scholarship, you can still use your prepaid plan and use the scholarship to cover books, food and other college expenses. Or you can request a scholarship refund.

And, starting in 2002, the earnings on your prepaid plan will be *completely* tax-free!

# The Plan Prices

The Florida Prepaid College Program is more affordable than you may think. The price you will pay depends on the type of plan you want to buy, the payment plan you select and the age of the child. To find the plan prices for your child:

Look for the Type of Plan you want to buy:
Tuition Plan Prices ......................Page 5
Local Fee Plan Prices ...................Page 6
Dormitory Plan Prices ..................Page 7

To purchase a local fee plan and/or a dormitory plan, you must already have a tuition plan for the same child or you must purchase a tuition plan, for the same child, at the same time.

Select a Payment Plan. You have three choices:
* Lump-Sum Payment Plan: Single, one-time payment
* Five-Year Payment Plan: Total of 55 equal monthly installments, starting April 2002 and ending October 2006.
* Monthly Payment Plan: Equal monthly installments, starting April 2002 and ending October of the year your child is expected to start college.

*The monthly and five-year payment plans include 6.8 percent interest. The payments are fixed and will never increase.*

Find the Current Grade/Age of your child as of September 1, 2001.
A *Newborn* is a child born after September 1, 2001. An *Infant* is a child born on or before September 1, 2001, but who is not yet 1 year old.

Now, look across the Current Grade/Age column and down the Payment Plan column. That's the price you will pay for your child!



## DID YOU KNOW?

You can insure your prepaid plan so that, in case of death, your prepaid plan will be paid in-full. Life Insurance is available for one adult — the purchaser or the co-purchaser listed on the prepaid plan — or two adults — both the purchaser *and* the co-purchaser.

The premiums are affordable, starting at just $10 a year for single life, tuition plan coverage or $15 a year for joint life, tuition plan coverage. You can insure any number and any combination of prepaid plans. The premium is based on the type of prepaid plan and the age of the person insured. Once you sign up, your premium will never increase. And you can cancel at any time.

The program also offers optional student life insurance coverage up to $50,000.

To sign up, complete the Optional Insurance Plan Application that is attached to the bottom of the enclosed Enrollment Application. To qualify, you must be under age 70 and be able to truthfully answer "no" to all the health questions on the application.

To speak with an insurance specialist, call 1-800-552-GRAD (4723) and *press prompt 4.*

**SNYDER CORPORATE REP. 4**

# Tuition Plan



### WHAT DOES THE TUITION PLAN COVER?

The tuition plan covers the cost of classes or what most colleges call registration fees — the matriculation, building, capital improvement and financial aid fees. Most classes are three credit hours. Most colleges charge one consolidated fee per credit hour. Each credit hour typically includes both tuition (registration fees) and local fees. The tuition plan does *not* cover local fees. The program offers a separate local fee plan.

### WHICH PLAN SHOULD I BUY?

Since you don't know where your child will eventually go to college, buy the tuition plan you can best afford. The program offers three different tuition plans: a four-year university plan, a 2+2 plan that covers two years at a state university and two years at a community college, and a two-year community college plan.

You can use *any* of the tuition plans at *any* of Florida's 11 state universities or 28 community colleges. For example, if you have a four-year university tuition plan and your child goes to a community college, the program will *automatically* convert your university credit hours to community college credit hours — and vice versa.

The value of the plan — at the time of college enrollment — can also be transferred to most private colleges in Florida, select technical schools and most out-of-state colleges.

## Tuition Plan Prices

Prices shown are rounded up to the next dollar. Actual payment amount may be slightly less. The application fee is not included in the prices shown. Prices are effective until January 25, 2002.

### 4-Year University Tuition Plan
#### 120 Undergraduate Credit Hours

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 11th | 2003 | $7,836 | $ — | $434 |
| 10th | 2004 | 7,820 | — | 275 |
| 9th | 2005 | 7,805 | — | 204 |
| 8th | 2006 | 7,789 | 165 | 165 |
| 7th | 2007 | 7,773 | 164 | 139 |
| 6th | 2008 | 7,757 | 164 | 122 |
| 5th | 2009 | 7,742 | 164 | 109 |
| 4th | 2010 | 7,726 | 163 | 99 |
| 3rd | 2011 | 7,711 | 163 | 91 |
| 2nd | 2012 | 7,695 | 163 | 85 |
| 1st | 2013 | 7,679 | 162 | 80 |
| K | 2014 | 7,664 | 162 | 76 |
| Age 4 | 2015 | 7,648 | 162 | 72 |
| Age 3 | 2016 | 7,633 | 161 | 69 |
| Age 2 | 2017 | 7,618 | 161 | 66 |
| Age 1 | 2018 | 7,602 | 161 | 64 |
| Infant | 2019 | 7,587 | 161 | 62 |
| Newborn | 2020 | 7,572 | 160 | 60 |

### To purchase a new tuition plan,

just complete the enclosed enrollment application. There is a $42 nonrefundable application fee to purchase a new tuition plan. There is no additional fee if you sign up for a local fee plan and/or a dormitory plan for the same child at the same time. The deadline is Friday, January 25, 2002.

### 2+2 Tuition Plan
#### 60 Community College/60 University Credit Hours

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 11th | 2003 | $6,633 | $ — | $368 |
| 10th | 2004 | 6,567 | — | 231 |
| 9th | 2005 | 6,503 | — | 170 |
| 8th | 2006 | 6,439 | 136 | 136 |
| 7th | 2007 | 6,378 | 135 | 115 |
| 6th | 2008 | 6,317 | 134 | 99 |
| 5th | 2009 | 6,258 | 132 | 88 |
| 4th | 2010 | 6,199 | 131 | 80 |
| 3rd | 2011 | 6,142 | 130 | 73 |
| 2nd | 2012 | 6,086 | 129 | 67 |
| 1st | 2013 | 6,032 | 128 | 62 |
| K | 2014 | 5,978 | 127 | 59 |
| Age 4 | 2015 | 5,925 | 125 | 56 |
| Age 3 | 2016 | 5,874 | 124 | 53 |
| Age 2 | 2017 | 5,823 | 123 | 51 |
| Age 1 | 2018 | 5,773 | 122 | 49 |
| Infant | 2019 | 5,725 | 121 | 47 |
| Newborn | 2020 | 5,677 | 120 | 45 |

### 2-Year Community College Tuition Plan
#### 60 Credit Hours

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 11th | 2003 | $2,751 | $ — | $153 |
| 10th | 2004 | 2,694 | — | 95 |
| 9th | 2005 | 2,639 | — | 69 |
| 8th | 2006 | 2,584 | 55 | 55 |
| 7th | 2007 | 2,531 | 54 | 46 |
| 6th | 2008 | 2,480 | 53 | 39 |
| 5th | 2009 | 2,429 | 52 | 35 |
| 4th | 2010 | 2,380 | 51 | 31 |
| 3rd | 2011 | 2,332 | 50 | 28 |
| 2nd | 2012 | 2,285 | 49 | 26 |
| 1st | 2013 | 2,239 | 48 | 24 |
| K | 2014 | 2,194 | 47 | 22 |
| Age 4 | 2015 | 2,150 | 46 | 21 |
| Age 3 | 2016 | 2,107 | 45 | 19 |
| Age 2 | 2017 | 2,065 | 44 | 18 |
| Age 1 | 2018 | 2,024 | 43 | 17 |
| Infant | 2019 | 1,984 | 42 | 17 |
| Newborn | 2020 | 1,945 | 42 | 16 |

SNYDER CORPORATE REP. 5

# Local Fee Plan



## WHY BUY A LOCAL FEE PLAN?

Local fees are now as much as $600 a year and are expected to more than *double* by 2013 — when today's first grader starts college.

There is no way to know for sure how much local fees will be when your child is ready for college.

But, with the Florida Prepaid College Program, you won't have to worry about the cost, the stock market or if you will have enough money saved.

Just like your prepaid tuition plan, the local fee plan is *guaranteed!*

## WHAT ARE LOCAL FEES?

Local fees are charged by Florida's universities and community colleges to fund student activities, health services and athletic programs. You will be required to pay these fees, even if your child does not participate in campus activities, use the health center or attend school athletic events. Local fees are not covered by the prepaid tuition plan.

## WHICH PLAN SHOULD I BUY?

Your local fee plan must be the *same type* as your tuition plan. So, for example, if you have a four-year university tuition plan, you must select the four-year university local fee plan.

## Local Fee Plan Prices

Local fees vary by college; therefore, the plan prices are based on a weighted, statewide average. Prices shown are rounded up to the next dollar. Actual payment amount may be slightly less. The application fee is not included in the prices shown. Prices are effective until January 25, 2002.

### 4-Year University Local Fee Plan
#### 120 Undergraduate Credit Hours

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 8th | 2006 | $2,246 | $ 48 | $ 48 |
| 7th | 2007 | 2,214 | 47 | 40 |
| 6th | 2008 | 2,182 | 47 | 35 |
| 5th | 2009 | 2,151 | 46 | 31 |
| 4th | 2010 | 2,121 | 45 | 28 |
| 3rd | 2011 | 2,091 | 45 | 25 |
| 2nd | 2012 | 2,061 | 44 | 23 |
| 1st | 2013 | 2,032 | 43 | 22 |
| K | 2014 | 2,003 | 43 | 20 |
| Age 4 | 2015 | 1,975 | 42 | 19 |
| Age 3 | 2016 | 1,947 | 42 | 18 |
| Age 2 | 2017 | 1,919 | 41 | 17 |
| Age 1 | 2018 | 1,892 | 40 | 16 |
| Infant | 2019 | 1,865 | 40 | 16 |
| Newborn | 2020 | 1,839 | 39 | 15 |

### 2+2 Local Fee Plan
#### 60 Community College/60 University Credit Hours

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 8th | 2006 | $1,433 | $ 31 | $ 31 |
| 7th | 2007 | 1,428 | 31 | 26 |
| 6th | 2008 | 1,424 | 31 | 23 |
| 5th | 2009 | 1,420 | 30 | 20 |
| 4th | 2010 | 1,417 | 30 | 19 |
| 3rd | 2011 | 1,414 | 30 | 17 |
| 2nd | 2012 | 1,412 | 30 | 16 |
| 1st | 2013 | 1,411 | 30 | 15 |
| K | 2014 | 1,410 | 30 | 14 |
| Age 4 | 2015 | 1,410 | 30 | 14 |
| Age 3 | 2016 | 1,410 | 30 | 13 |
| Age 2 | 2017 | 1,412 | 30 | 13 |
| Age 1 | 2018 | 1,414 | 30 | 12 |
| Infant | 2019 | 1,416 | 30 | 12 |
| Newborn | 2020 | 1,419 | 30 | 12 |

### 2-Year Community College Local Fee Plan
#### 60 Credit Hours

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan |
|---|---|---|
| 8th | 2006 | $331 |
| 7th | 2007 | 341 |
| 6th | 2008 | 352 |
| 5th | 2009 | 364 |
| 4th | 2010 | 376 |
| 3rd | 2011 | 388 |
| 2nd | 2012 | 400 |
| 1st | 2013 | 413 |
| K | 2014 | 426 |
| Age 4 | 2015 | 440 |
| Age 3 | 2016 | 454 |
| Age 2 | 2017 | 469 |
| Age 1 | 2018 | 484 |
| Infant | 2019 | 500 |
| Newborn | 2020 | 516 |

You can add a local fee plan to any tuition plan for a child who is currently in the eighth grade or younger. Just complete Sections A, E and I on the enclosed Enrollment Application. There is a $10 nonrefundable application fee to add a local fee plan to an existing tuition plan. The deadline is Friday, January 25, 2002.

SNYDER CORPORATE REP. 6

# Dormitory Plan

**WHY BUY A DORMITORY PLAN?**

Housing expenses now average almost 30 percent of the total cost of sending a child to college. And the cost is increasing every year.

There is no way to know for sure how much dormitory housing will be when your child is ready for college. But, with the Florida Prepaid College Program, you won't have to worry about the cost, the stock market or if you will have enough money saved. Just like your prepaid tuition plan, the dormitory plan is *guaranteed!*

**WHAT DOES THE PLAN COVER?**

The dormitory plan covers the cost of a standard, double-occupancy, air-conditioned dormitory room. Not all dorms are offered. The value of the dormitory plan at the time of college enrollment may be used for other housing managed by the college, including some fraternity and sorority housing. The dormitory plan does not cover security/damage deposits, meal plans or any other fees.

**WHICH PLAN SHOULD I BUY?**

It depends. The dormitory plan is available in two semester increments. If you have a four-year university tuition plan, you can purchase one to five years of dormitory housing. If you have a 2+2 tuition plan, you may purchase the one-year dormitory plan or the two-year dormitory plan. You cannot purchase a dormitory plan if you have a two-year community college plan. Keep in mind the typical college student today lives in a dormitory for one or two years.



## Dormitory Plan Prices

Dormitory rates vary by college; therefore, the plan prices are based on a weighted, statewide average. Prices shown are rounded up to the next dollar. Actual payment amount may be slightly less. The application fee is not included in the prices shown. Prices are effective until January 25, 2002.

### 1-Year Dormitory Plan
#### Two Semesters

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 8th | 2006 | $2,891 | $61 | $61 |
| 7th | 2007 | 2,849 | 61 | 51 |
| 6th | 2008 | 2,809 | 60 | 44 |
| 5th | 2009 | 2,769 | 59 | 39 |
| 4th | 2010 | 2,729 | 58 | 35 |
| 3rd | 2011 | 2,691 | 57 | 32 |
| 2nd | 2012 | 2,652 | 56 | 30 |
| 1st | 2013 | 2,615 | 56 | 28 |
| K | 2014 | 2,578 | 55 | 26 |
| Age 4 | 2015 | 2,541 | 54 | 24 |
| Age 3 | 2016 | 2,505 | 53 | 23 |
| Age 2 | 2017 | 2,470 | 53 | 22 |
| Age 1 | 2018 | 2,435 | 52 | 21 |
| Infant | 2019 | 2,400 | 51 | 20 |
| Newborn | 2020 | 2,367 | 50 | 19 |

### 2-Year Dormitory Plan
#### Four Semesters

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 8th | 2006 | $5,730 | $121 | $121 |
| 7th | 2007 | 5,648 | 120 | 101 |
| 6th | 2008 | 5,568 | 118 | 88 |
| 5th | 2009 | 5,487 | 116 | 77 |
| 4th | 2010 | 5,410 | 115 | 70 |
| 3rd | 2011 | 5,334 | 113 | 63 |
| 2nd | 2012 | 5,258 | 111 | 58 |
| 1st | 2013 | 5,183 | 110 | 54 |
| K | 2014 | 5,110 | 108 | 51 |
| Age 4 | 2015 | 5,037 | 107 | 48 |
| Age 3 | 2016 | 4,966 | 105 | 45 |
| Age 2 | 2017 | 4,896 | 104 | 43 |
| Age 1 | 2018 | 4,827 | 102 | 41 |
| Infant | 2019 | 4,759 | 101 | 39 |
| Newborn | 2020 | 4,691 | 99 | 37 |

### 3-Year Dormitory Plan
#### Six Semesters

| Current Grade/Age | Projected Enrollment Year | Lump-Sum Payment Plan | Five-Year (55 Months) Payment Plan | Monthly Payment Plan |
|---|---|---|---|---|
| 8th | 2006 | $8,519 | $180 | $180 |
| 7th | 2007 | 8,398 | 178 | 151 |
| 6th | 2008 | 8,278 | 175 | 130 |
| 5th | 2009 | 8,160 | 173 | 115 |
| 4th | 2010 | 8,044 | 170 | 103 |
| 3rd | 2011 | 7,930 | 168 | 94 |
| 2nd | 2012 | 7,818 | 165 | 87 |
| 1st | 2013 | 7,707 | 163 | 80 |
| K | 2014 | 7,598 | 161 | 75 |
| Age 4 | 2015 | 7,490 | 158 | 71 |
| Age 3 | 2016 | 7,384 | 156 | 67 |
| Age 2 | 2017 | 7,280 | 154 | 63 |
| Age 1 | 2018 | 7,177 | 152 | 60 |
| Infant | 2019 | 7,076 | 150 | 58 |
| Newborn | 2020 | 6,976 | 148 | 55 |

*The program also offers a four-year dormitory plan and a five-year dormitory plan. For details, visit www.floridaprepaidcollege.com or call 1-800-552-GRAD (4723) and press prompt 1.*

SNYDER CORPORATE REP. 7

## Tax Time

Starting in 2002, the earnings on your prepaid plan will be *completely* tax-free! The earnings were previously tax-deferred until the student used the plan. This change was the result of new tax legislation passed by Congress earlier this year.

If you have a child who used any portion of his or her prepaid plan in 2001, the student will receive an IRS Form 1099-G from the program in January 2002. The form will provide the calculated earnings portion of the prepaid plan the student used in 2001. The student is required to report the earnings on his or her 2001 federal income tax return. The student will not have to pay taxes on the prepaid plan in the future!

## Annual Statement – Usage Statement

Customers who have not yet started using their prepaid plan should look for their Annual Statement in January. The Annual Statement will show the financial status of your account as of year-end. It includes the original purchase price, the total payments made and the balance due, if any. Customers who have started using their prepaid plan do not receive an Annual Statement. You will receive a Usage Statement instead. The Usage Statement will show the plan benefits used and the plan benefits remaining. The Usage Statement is mailed in April each year.

### COLLEGE BOUND
Post Office Box 6567
Tallahassee, FL 32314-6567

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
PERMIT #1599
JACKSONVILLE, FL

## PAYROLL DEDUCTION

 

A growing number of employers — public and private — are offering the Florida Prepaid College Program as an employee benefit through payroll deduction.

We make it easy! The program provides all the materials. The employee completes the enrollment application and mails it directly to the program. The employee completes a separate Payroll Deduction Authorization Form and gives it to the employer. The employer sends a copy to the program. The program calculates the deduction amount for the employer and provides a Payroll Deduction Roster listing the social security number and total deduction amount, by pay period, for each employee.

There is no cost to the employee or employer to participate in payroll deduction.

The first deduction should be taken the last paycheck in March 2002. So there is still time if you are interested in offering payroll deduction to your employees this year.

Call 1-800-552-GRAD (4723) and press prompt 3.

SNYDER CORPORATE REP. 8