# Exhibit H

6/7/2016        Florida Prepaid College Board Responds to the Board of Governors Proposed Academic Enhancement

# Florida Prepaid College Board Responds to the Board of Governors Proposed Academic Enhancement Program Fee

Dec 13, 2006, 00:00 ET from Florida Prepaid College Board
(http://www.prnewswire.com/news/florida+prepaid+college+board)

f    y    8+    in    @

(/)



SNYDER CORPORATE REP. 313

6/7/2016     Florida Prepaid College Board Responds to the Board of Governors Proposed Academic Enhancement

TALLAHASSEE, Fla., Dec. 13 /PRNewswire/ -- With the goal to maintain the integrity of the State's commitment to Prepaid College Plan participants and at the same time, not impede the universities' ability to develop funding strategies to improve the overall quality of the education provided, the Prepaid College Board unanimously voted to recommend that if the Legislature chooses to authorize the Board of Governors proposed Academic Enhancement Program fee, the Legislature should exempt the Prepaid College Board and all current owners of a Prepaid College Plan from being assessed the fee when their child attends any university that implements the program now or anytime in the future. The Prepaid College Board also agreed that if the Legislature chooses to authorize the Academic Enhancement Program fee, the Board should have the authority to establish a means for future purchasers of a Prepaid College Plan to save in advance for these fees.

Florida Prepaid College Board Chairman Ted Hoepner led a discussion with Board members at their meeting last week regarding the impact the Academic Enhancement Program fee proposed by the Board of Governors would have on Prepaid College Plan participants. The Board of Governors is requesting authorization from the Legislature to implement the Program through a pilot program at the University of Florida. If implemented, the University of Florida will assess all new undergraduate students entering the University for the first time during the fall 2007 term a $500-per-semester fee, which would represent a 41 percent increase in tuition rates, in a single year. According to the University of Florida, the revenue generated from the fee will be used to improve the university's student-to-faculty ratio and to hire additional academic advisers.

When the Program was announced by the Board of Governors, it was reported that the fee would not be covered by the Prepaid College Plan or by the Bright Futures Scholarship Program.

Although the specific details on the program implementation have not been finalized, Chairman Hoepner stated, "We have a responsibility to the families that have saved their hard earned money by purchasing a Prepaid College Plan to uphold the guarantee* that their plan will cover the cost of tuition when their children are ready to attend college." The Prepaid College Board members agreed that Florida families who had purchased Prepaid College tuition plans understood the plan would pay the actual costs of tuition when their children attend college. Prepaid Board members expressed concern that, although the Board of Governors proposal was identified as a "fee," some might consider it to be "tuition" because in the past these types of costs have been covered by tuition, not by a special fee. The Prepaid College Board will submit its recommendation to the Governor and legislators for their consideration.

The Florida Prepaid College Plan is the largest program of its kind in the country, with more than 1.1 million contracts sold and close to 800,000 eligible children enrolled. For enrollment information, visit www.florida529plans.com or call 1-800-552-GRAD (4723).

  * Financially guaranteed by the State of Florida. Section 1009.98(7), Florida Statutes.

SOURCE Florida Prepaid College Board

SNYDER CORPORATE REP. 314