# Exhibit I

 **Florida Prepaid College Board** 
1801 Hermitage Boulevard, Suite 210
Tallahassee, FL 32308-7743
850-488-8514 ▪ Fax 850-488-3555
www.florida529plans.com

Ted Hoepner
Chairman
Investor

Duane L. Ottenstroer
Vice Chairman
Investor

Michael J. Agganis
Akron Aeros Professional Baseball

J. David Armstrong, Jr.
Chancellor
Division of Community Colleges &
Workforce Education
Florida Department of Education

Liana R. O'Drobinak
Jefferson Wells

Mark B. Rosenberg, Ph.D.
Chancellor
Board of Governors

Erin B. Sjostrom
Capital City Bank

Thomas J. Wallace
Executive Director

December 13, 2006

The Honorable Rudy Garcia
The Florida Senate
7475 West Fourth Ave
Hialeah, FL 33014

Re:  Board of Governors proposal to establish an Academic Enhancement
     Program fee

Dear Senator Garcia:

As you know, the Board of Governors of the State University System has approved the establishment of an Academic Enhancement Program and will request authorization from the 2007 Legislature to allow the Board of Governors to delegate authority to a University Board of Trustees to implement a new student fee to support the program.

To measure the success of the program, the Board of Governors is recommending that the program be piloted at the University of Florida effective Fall 2007. The Academic Enhancement Program would be supported by a $500 per semester fee that would be assessed on all new undergraduate students entering the university for the first time in the Fall. The proposal exempts the Florida Prepaid College Plan and Bright Futures Scholarships from responsibility for coverage of the fee.

At its meeting on December 7, 2006, the Florida Prepaid College Board held a lengthy discussion regarding the Board of Governors proposal. Concerns were raised regarding the fact that the fee will pay for additional faculty and academic advisers, which are costs that are generally covered by tuition, and such fees may be considered tuition with another name. The Board also expressed concern that if the fee is authorized by the Legislature, the Academic Enhancement Program fee could eventually be implemented at all state universities.

**The Stanley G. Tate Florida Prepaid College Program**
Stanley G. Tate was instrumental in the early development of the Florida Prepaid College Board and served tirelessly as Chairman of the Board during the program's first 18 years, from 1987 to 2005. In recognition of Mr. Tate's service, Governor Jeb Bush signed into law House Bill 263 renaming the program after Mr. Tate.
Snyder Discovery 000118

Senator Garcia
December 13, 2006
Page 2

Recognizing its responsibility to uphold the guarantee that the Prepaid College Plan will cover the cost of tuition when a student attends college, the Prepaid College Board voted unanimously to recommend that if the Legislature chooses to authorize the new program fee, the Legislature should exempt the Prepaid College Board and all current owners of a Prepaid College Plan from being assessed the fee. And, if the fee is authorized by the Legislature, the Board also requests that they be given the authority to establish a means for future purchasers of Prepaid College tuition contracts to save in advance for these fees. The Board will submit its recommendation to the Legislature for your favorable consideration.

This unanimous action by the Board recognizes the importance of assuring a high-quality education is provided to Florida's children at a reasonable cost. We look forward to working with you during the upcoming Session.

Sincerely,

*Ted Hoepner*

Ted Hoepner
Chairman

TH:mc

Enclosure:   Florida Prepaid College Board Press Release