# Exhibit K

Page 1

IN RE:  SNYDER vs. FLORIDA PREPAID COLLEGE FUND

FILE NO.:  20151059


AUDIO TRANSCRIPTION OF

FLORIDA HOUSE OF REPRESENTATIVES

LEGISLATIVE SESSION ON HB 905

Tuesday, March 27, 2007


Transcribed By:

Ninette Butler
RPR, CRR, CRC, RSA, FPR

Page 2

1
2       (File 32707, 1 Audio Track)
3       UNIDENTIFIED SPEAKER:  Committee on
4   Postsecondary Education, meeting, Tuesday,
5   March 27th, 2007, 9:00 a.m., Reed Hall, 102,
6   House Office Building.
7       (File 32707, 2 Audio Track)
8       REPRESENTATIVE MEALOR:  If the committee
9   administrative assistant would please call the
10   roll.
11       ADMINISTRATIVE ASSISTANT:  Chairman
12   Mealor?
13       REPRESENTATIVE MEALOR:  Here.
14       ADMINISTRATIVE ASSISTANT:  Representative
15   Heller?
16       REPRESENTATIVE HELLER:  Here.
17       ADMINISTRATIVE ASSISTANT:  Hukill?
18       REPRESENTATIVE HUKILL:  Here.
19       ADMINISTRATIVE ASSISTANT:  Jenne?
20       REPRESENTATIVE JENNE:  Here.
21       ADMINISTRATIVE ASSISTANT:  Nehr?
22       REPRESENTATIVE NEHR:  Here.
23       ADMINISTRATIVE ASSISTANT:  Patterson?
24       REPRESENTATIVE PATTERSON:  Here.
25       ADMINISTRATIVE ASSISTANT:  Vice Chairman

Page 3

1   Proctor?
2       REPRESENTATIVE PROCTOR:  Here.
3       ADMINISTRATIVE ASSISTANT:  Thompson?
4       REPRESENTATIVE THOMPSON:  Here.
5       ADMINISTRATIVE ASSISTANT:  We have a
6   quorum, sir.
7       REPRESENTATIVE MEALOR:  Thank you very
8   much.
9       Members, today we are going to take up a
10   continuation of our workshop bill from last
11   week.  We're going to immediately move into the
12   governance bill.  We'll give you some
13   background on that.  And then we're going to
14   hear member bills.  We will adjourn at 10:25
15   this morning.  If our business is not
16   completed, we will reconvene at 4:15 this
17   afternoon in this room.
18       Members, as you recall, last week we
19   workshopped House Bill 905.  I greatly
20   appreciate all of the efforts that each member
21   of this committee provided, as well as the
22   testimony from the public.  And at this time, I
23   would like to recognize Chairman Dean.
24       Chairman Dean, you're recognized to
25   present House Bill 905, state university

Page 4

1   student fees.  Good morning and welcome.
2       REPRESENTATIVE DEAN:  Is this on?  Yes,
3   sir.
4       Good morning, Mr. Chair.  And thank you
5   for allowing me to come before the committee to
6   present House Bill 905.
7       The University of Florida is the state's
8   largest, most prominent university.  Yet their
9   tuition and the fees are lower than all but one
10   of the state's 11 other universities and lower
11   than any other major public research university
12   in the country.
13       My belief that our state deserves a
14   top-ten university, and the academic
15   enhancement program is one of the changes that
16   would help the University of Florida reach this
17   goal.  I really appreciate the committee for
18   all the hard work and the workshop that you had
19   and the insight in helping me to craft the
20   strike-all amendment for this bill.
21       With your permission, Mr. Chairman, I'd
22   like to briefly explain the strike-all.
23       REPRESENTATIVE MEALOR:  Members, the
24   strike-all is the result of the workshop that
25   we had last week.  I believe it is now the

Page 5

1   bill.
2       Representative Dean, you're recognized to
3   introduce the strike-all amendment.
4       REPRESENTATIVE DEAN:  Thank you,
5   Mr. Chairman.
6       The amendment will authorize the
7   University of Florida Board of Trustees to
8   establish an academic enhancement fee and
9   implement the fee beginning fall of 2008.  It
10   includes the academic enhancement fee of under
11   40 percent cap currently imposed on the
12   aggregate sum of the activities of services,
13   health and athletic fees.  For new
14   undergraduates entering the University of
15   Florida in the fall of 2012, it caps the
16   academic enhancement fee at $500 per semester
17   or 1,000 per year, whichever is less.
18       The academic requirements of the
19   University of Florida provide grant aid or
20   waive the academic enhancement fee for
21   students, one, who enter the University of
22   Florida prior to the fall of 2012 and
23   demonstrate financial need and are recipients
24   of the Bright Futures award; or, two, enter the
25   University of Florida in 2012 and thereafter

Page 6

1  demonstrate the financial need; or have
2  contracts issued by the Florida Prepaid College
3  Board prior to July the 1st, 2007. It also
4  provides that the academic enhancement fee is
5  not covered by the Florida Bright Futures
6  Scholarship Program for students who enter
7  University of Florida in the fall of 2012 and
8  thereafter.
9      It authorizes the Prepaid College Board to
10  provide advanced payment contracts for the
11  academic enhancement fee. It exempts the
12  Prepaid College Board and the Prepaid College
13  Trust Fund from the payments of the academic
14  enhancement fee on behalf of all contract
15  beneficiaries except those who have purchased a
16  Prepaid contract that specifically covers the
17  academic enhancement fee.
18      Mr. Chairman, this is our strike-all.
19      REPRESENTATIVE MEALOR: Thank you very
20  much.
21      And, members, this strike-all amendment
22  has been presented to the executive branch, and
23  the word was that if we do not hear back from
24  them, then they will be comfortable with this.
25  They were not comfortable with the original

Page 7

1  language, hence the workshop last week.
2      Are there questions of the sponsor on the
3  strike-all amendment? Members?
4      There being no questions, is there debate?
5      There is none.
6      Show the amendment adopted without
7  objection.
8      We're now back on the bill as amended.
9      Members, are there questions?
10      Let's move, then, to the public testimony.
11  We do have appearance cards. And if anyone
12  would like to speak on behalf of this bill, if
13  you've not completed an appearance record,
14  please do so.
15      At this time, I would like to recognize
16  Mr. Ted Hoepner. Mr. Hoepner's chairman of the
17  Florida Prepaid College Board.
18      Sir, good morning. You're recognized.
19      MR. HOEPNER: Thank you, Chairman Mealor.
20  And thank you, Chairman Dean, for the
21  strike-all amendment.
22      The strike-all amendment does, in fact,
23  answer all of our concerns. We thank you for
24  looking to the College Prepaid Board and its
25  group of advisors for the new language that was

Page 8

1  included, and we hope you favorably endorse and
2  pass out this bill.
3      We think that this keeps the promise with
4  all of the Florida Prepaid students and
5  contract owners, and we thank you very much.
6      REPRESENTATIVE MEALOR: Thank you,
7  Mr. Hoepner.
8      At this time it's my pleasure to introduce
9  Dr. Mark Rosenberg. Dr. Rosenberg is a
10  chancellor of our state university system.
11      Chancellor, good morning. You're
12  recognized.
13      DR. ROSENBERG: (Inaudible.)
14      REPRESENTATIVE MEALOR: Thank you, sir.
15      Is there anyone else who would like to
16  speak in reference to House Bill 905?
17      We'll close the public hearing section of
18  the bill. We'll now bring it back to the
19  committee.
20      Members, debate?
21      There being no debate, Chairman Dean,
22  you're recognized to close on House Bill 905 as
23  amended.
24      REPRESENTATIVE DEAN: Again, Mr. Chairman,
25  I want to thank this committee for all the help

Page 9

1  and hard work in the workshop. And I want to
2  thank the cooperation of everyone else in this
3  room that worked towards making this academic
4  achievement something that's a reality. It is
5  something that will enhance the University of
6  Florida and will enhance all of our students.
7  It's a good bill and thank you for your
8  support, sir.
9      REPRESENTATIVE MEALOR: Well, Chairman
10  Dean, thank you very much for your leadership
11  on this bill. This is an implementing concept
12  for Innovative Idea 15. We will take the
13  University of Florida to the top ten. It's
14  going to take many steps. This is a first
15  step. I think it's a necessary step.
16      And, members, also a link to this is the
17  Pathways to Excellence program for Florida
18  State University. It's a program that we
19  committed to. The University of Florida took
20  the lead to partner with Florida State
21  University in moving them toward AAA status
22  with House Bill 1237 last year. This is a
23  continuation and an important first step. I
24  congratulate you for your leadership.
25      Would the committee administrative

## Page 10

1    assistant please call the roll on House Bill
2    905?
3         ADMINISTRATIVE ASSISTANT:  Representative
4    Heller?
5         REPRESENTATIVE HELLER:  Yes.
6         ADMINISTRATIVE ASSISTANT:  Hukill?
7         REPRESENTATIVE HUKILL:  No.
8         ADMINISTRATIVE ASSISTANT:  Jenne?
9         REPRESENTATIVE JENNE:  Yes.
10        ADMINISTRATIVE ASSISTANT:  Nehr?
11        REPRESENTATIVE NEHR:  Yes.
12        ADMINISTRATIVE ASSISTANT:  Patterson?
13        REPRESENTATIVE PATTERSON:  Yes,
14        ADMINISTRATIVE ASSISTANT:  Vice Chairman
15   Proctor?
16        REPRESENTATIVE PROCTOR:  Yes.
17        ADMINISTRATIVE ASSISTANT:  Thompson?
18        REPRESENTATIVE THOMPSON:  Yes.
19        ADMINISTRATIVE ASSISTANT:  Chairman
20   Mealor?
21        REPRESENTATIVE MEALOR:  Yes.
22        And, members, by your vote, House Bill 905
23   will be reported favorably with one amendment.
24   Thank you very much.
25        REPRESENTATIVE DEAN:  Thank you, sir.

## Page 11

1         (Stopped at time stamp 8:26.)
2         (End of transcription.)
3              ---o0o---
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 12

1              CERTIFICATE
2
3
4         I, NINETTE BUTLER, Registered Professional
5    Reporter, certify that I was authorized to and
6    did stenographically report the foregoing
7    proceedings and that the transcript is a true
8    and complete record of what could be heard from
9    the digital file that was supplied to me.
10
11        Dated this 25th day of April, 2017.
12
13
14        NINETTE BUTLER
         RPR, CRR, CRC, RSA, FPR
15
16
17
18
19
20
21
22
23
24
25

4  (Pages 10 to 12)



Page 1

IN RE:   SNYDER vs. FLORIDA PREPAID COLLEGE FUND

FILE NO.:   20151059

AUDIO TRANSCRIPTION OF

FLORIDA HOUSE OF REPRESENTATIVES

LEGISLATIVE SESSION ON HB 905

Tuesday, March 20, 2007

Transcribed By:

Ninette Butler
RPR, CRR, CRC, RSA, FPR

## Page 2

1    (File 32007-D1, 1 Audio Track)
2    UNIDENTIFIED SPEAKER:  Committee on
3  Postsecondary Education, meeting, Tuesday,
4  March 20th, 2007, 9:00 a.m., Reed Hall, Room
5  102, House Office Building.
6    (File 32007-D1, 2 Audio Track, beginning
7  at 44:30; and File 32007-D2, 1 Audio Track)
8    REPRESENTATIVE MEALOR:  Thank you,
9  Chairman Proctor.
10    Members, at this time I'd like to move
11  into a workshop on House Bill 905 by
12  Representative Dean.  Representative Dean has a
13  situation that required him to be away from the
14  Capitol.  We were going to honor that.  His
15  legislative aide is here.  We've also talked
16  with the Senate sponsor, Senator Oelrich and
17  his administrative – legislative assistant,
18  Mr. Mike Preston.  They're available.
19    But what I want to do, members, if you
20  look at House Bill 905, which is included
21  behind the tab, one of the things that we know
22  right now is that in Innovative Idea 15 we have
23  brought forward, if we are going to take a
24  university to the top ten in the nation, it is
25  going to require doing some very different

## Page 3

1  things.  House Bill 905 was an attempt to do
2  that, related to the University of Florida, and
3  I think all agree that if we're going to have a
4  top-ten university in this state, the
5  University of Florida is the only candidate at
6  this time; although, we have made commitments
7  to take Florida State and others to that same
8  level.
9    At Representative Dean's request, we're
10  going to workshop this bill because we've had
11  feedback that House Bill 905, as it's currently
12  written, may not be acceptable.  And at the
13  request of Representative Dean, we're going to
14  hear public testimony and workshop this bill to
15  see if we can't come up with some alternative
16  language.  That is the intent of what we're
17  going to do right now.
18    And what I would like to do, members, if
19  we may, we want to try to get as much input as
20  we can.  All of you have been very helpful in
21  providing commitments and suggestions.  We'll
22  continue in that vein.  And at this time right
23  now, what I would like to do is to recognize
24  representatives of several different groups
25  that are going to be with us.  And the first

## Page 4

1  person that I would like to recognize is
2  Mr. Stanley G. Tate.
3    Mr. Tate, good morning.
4    And, members, the Florida Prepaid Bill
5  this past session, the Florida legislature
6  designated that in his name.
7    Mr. Tate, good morning and you're
8  recognized.
9    MR. TATE:  Thank you, Mr. Chairman.  I
10  appreciate very much having the liberty to
11  address this body.
12    First let me tell you that I'm here to
13  talk against this proposal.  Let me give you a
14  little bit of history.  I've already provided
15  you with a package.  If you'll look at it,
16  you'll see a lot of things in there:  Some old,
17  some not so old.  As you're probably aware, the
18  House of Representatives passed a tribute to me
19  about a week ago, was signed by the speaker who
20  was presented at a Lincoln Day Dinner, 850
21  people.  I don't want to read it to you, but I
22  could tell you the tribute is enclosed in that
23  package.  And the highlight of it has to do
24  with the Florida Prepaid College Program.
25    Your chairman was kind enough to change

## Page 5

1  the name of that program to the Stanley G. Tate
2  Florida Prepaid College Program.  And I'm more
3  than ever grateful.  It was signed by a bill by
4  the governor, Governor Bush, in June of last
5  year.  And it's an unbelievably important thing
6  to me because it's a legacy.
7    But more important is what does it mean to
8  the 1,220,000 enrollees?  What it means is that
9  they're going to have an affordable college
10  education.
11    I first heard about this proposal from
12  Dr. Machen, the president of the University of
13  Florida, at a Council of 100 meeting.  I've
14  been a member of the Council of 100 for over 25
15  years.
16    You should know something about me.  I
17  graduated from the University of Florida.  I
18  entered it in 1944.  I'm 80 years old.  I
19  funded, to a great extent, this entire program,
20  not in the moneys we took, but over 500,000 of
21  my money went into this program.  The first was
22  a $20,000 donation to meet some marketing
23  expenses.
24    People asked me why did I do it?  I could
25  tell you the reasons are very simple:  I

## Page 6

1   honestly believe in my heart and in my head
2   that education is the only answer that we have
3   in America to get the poor people out of the
4   doldrums of being poor and to give them a
5   chance to have an opportunity to earn a decent
6   living.
7        What's the best way to do that?  When I
8   went to school, it was with a high school
9   diploma.  When I graduated from high school in
10  Miami in 1944, that was a big thing because
11  half my class had already dropped out.  That's
12  not true anymore.  What's true now, I have a
13  big company.  I have 3,000 employees.  I could
14  tell you that a high school diploma is not even
15  a question we ask anymore.  What do we ask?
16  What college did you go to and what degree did
17  you get?  That's how important it is.
18       If you look at some statistics in the
19  prison population in the state of Florida, you
20  might be surprised to find that approximately
21  94 percent of the prisoners in the state penal
22  system either didn't graduate from high school
23  or only graduated from high school.  Very, very
24  few of them ever went to college.  That's a
25  clear indication to tell you that when you have

## Page 7

1   economic benefits through a college education,
2   the chances of you doing something to put you
3   in prison gets substantially diminished and
4   minimized.
5        When I first heard Dr. Machen make the
6   presentation before the Council of 100, I
7   hadn't heard about it before.  I addressed the
8   group at that time.  And I must tell you that I
9   used words like I felt that the word "fee" was
10  a subterfuge for the word "tuition" because, in
11  fact, this bill is proposing to charge every
12  single freshman entering the University of
13  Florida $1,000.  You know, when you don't have
14  much money, $1,000 is a huge amount of money, a
15  huge amount.
16       The makeup of the kids who are the
17  beneficiaries of this program still represent
18  the majority of them in the low and low-middle
19  income bracket in the state of Florida.
20  Approximately 50 percent of the purchasers who
21  buy contracts buy it on the installment basis.
22  They pay over it over the full term of the
23  contract, many of them from the day the child
24  was born, because the real effort on the part
25  of the Stanley Tate Prepaid College Program is

## Page 8

1   to sell these contracts in hospitals where
2   there are maternity wards so that the mothers,
3   fathers, and, in many cases, grandparents can
4   buy a college education for their child.
5        For this bill to pass now and use the word
6   "fee" instead of "tuition" is a joke.  It's a
7   facade.  This is really tuition.
8        When we sold these contracts to 1,220,000
9   beneficiaries, they really believed that their
10  tuition was paid for.  There was no question
11  about whether you're going to go to a top-ten
12  university.  And the fact of the matter is, I
13  guess you have to measure in your own mind, is
14  the top -- is a rating of a top-ten university
15  more important than having a low-income
16  student, African American or Hispanic or
17  minority be able to attend a college because
18  it's affordable and not have to come up with
19  $1,000 in the year of their freshman year to
20  attend that school?
21       Let me tell you my concerns about this:
22  This is the beginning.  If you allow this bill
23  to pass, I can assure you you'll have 11
24  universities charging the same amount of money.
25       You know, this whole issue of this top ten

## Page 9

1   is really totally meaningless when you compare
2   it to what's more important.  I'm a
3   businessman.  I've been pretty successful in
4   Florida.  I wasn't successful because my father
5   left it to me.  My father gave me nothing.  My
6   tuition at the University of Florida when I
7   went -- it was an all-boys school, by the way.
8   It wasn't coed.  My tuition was $100 a year.
9   That's all my father gave me.  He says, the
10  rest is on you.  I worked.  I worked in a grill
11  called Primrose Grill for four years waiting on
12  tables.
13       I'm telling you, this is a wrong thing.
14  It's a wrong thing because the University of
15  Florida, in spite of the fact that I have tried
16  five separate times to meet with the president
17  to discuss this whole issue of money and he has
18  absolutely refused to meet with me.  I've
19  confronted him with this issue on a facedown
20  basis right at the Council of 100 meeting
21  because I thought if there was some way I could
22  work with the University of Florida and FSU --
23  there was no FSU, by the way, when I attended
24  the University of Florida.  It was called FSCW,
25  Florida State College for Women.

## Page 10

1   There were only two universities in the
2   state. There are now 11. We had 2,000
3   students at the University of Florida when I
4   entered. It was a pretty small town.
5   Gainesville was a very small town.
6      I want you to know I have deep conviction
7   about the necessity of an education, more so
8   than probably anyone you've ever met. It's
9   been my hallmark. I've known in many areas as
10  Mr. Education. The Florida program is not only
11  the biggest in the United States. We have more
12  enrolled in the Florida program than all the
13  other states combined, combined.
14     More importantly, you should know that I
15  flew all over this country to get states to
16  have prepaid college programs because I believe
17  it that important. I never took a single
18  dollar of reimbursement from the Florida
19  Prepaid College Program, whether it was to a
20  meeting here or a meeting in Seattle,
21  Washington, or in California or in any other
22  state that we went to to promote the Florida
23  Prepaid College Program. I did it for a
24  reason. First, I could afford it. But there
25  was another reason. I wanted everyone to know

## Page 11

1   I believed in this program. And one of the
2   ways you can prove that you believe in the
3   program is to put your money where your mouth
4   is. And I could afford it and I wanted
5   everyone to know I was willing to put my money
6   there because this program is that important to
7   me.
8      What concerns me in Florida is the rest of
9   this country -- by the way, you should know I
10  serve as a senior designee and advisor to the
11  president of the United States. I have an
12  office in the White House. I go to Washington
13  every two weeks. You should also know I was
14  president of the Resolution Trust Corporation,
15  which was the largest administrative act in the
16  history of United States government. That's
17  the one that took over all the banks in 1958.
18  I helped write the enabling legislation. I
19  helped write the 529 bill in Washington. 529
20  is a bill that allows parents to invest money
21  all over the United States. It's a federal
22  program where all the earnings are tax exempt.
23  I testified before the House and Senate Banking
24  Committee on this bill. Education is my life.
25  I've dedicated a great part of my life to

## Page 12

1   education because I recognize if America
2   doesn't wake up and see what's going on here,
3   that our middle class is getting smaller and
4   smaller and the poor and impoverished is
5   getting larger and larger, the wealthy is
6   getting larger but insignificantly, and if we
7   lose the middle class in this country, this
8   country is doomed.
9      I've traveled all over the world. I just
10  came back from India for the president. I
11  helped write the nuclear treaty with India. I
12  went over with Condoleeza Rice.
13     Why am I here today? I got up at
14  5:00 o'clock this morning to be here, on my own
15  time, my own money. I'm here because I really
16  believe you're making a mistake. Being one of
17  the top-ten universities is not more important
18  than having a mother who has written me a
19  letter saying that she was a maid at a hotel
20  and her grandson was the first in her family
21  ever to be able to go to college because of a
22  Florida Prepaid College Program. I can show
23  you hundreds of those letters. They were all
24  over the state.
25     We're not a rich state, in spite of the

## Page 13

1   people who live in good, wealthier communities.
2   We're a poor state. We're a state made up
3   primarily of people who struggle every day to
4   make a living. A college education is a cure.
5   I believe it deep in my heart. There is no one
6   that you've ever met who's more convinced. I'm
7   not an educator. Far from it. Far from it. I
8   don't think I could even get into a university
9   today. I wasn't that great a student. There
10  was no such thing as SAT exams when I went.
11  All you needed to have was $100, and that was
12  the truth.
13     I'm telling you, ladies and gentlemen,
14  with all due respect, this is a terrible bill
15  because every university in the state is going
16  to come next year and the following year with
17  the same idea. Plus the fact I think that
18  you're doing something wrong. You're doing
19  something wrong to the thousands of families
20  that really believe that when they purchased
21  that contract and paid for it over 18 years,
22  that they were paying for tuition.
23     REPRESENTATIVE MEALOR: Thank you.
24  Mr. Tate, if you'll go ahead and wrap up,
25  please, simply because of the time factors

4   (Pages 10 to 13)

## Page 14

1  we've allotted.
2      MR. TATE:  Chairman, I appreciate it and I
3  will.  I don't have much more.
4      I just really want you to know that this
5  is more important to me than probably most
6  other people you've met.  This program, because
7  it bears my name, but more importantly what it
8  does for the state of Florida, which is more
9  meaningful than you can possibly imagine.
10  Florida will have the highest percentage of
11  college graduates of any state in the union by
12  the year 2010, and it's all because of this
13  prepaid program.
14      Don't do it.  Don't change the tuition.
15  Don't call it another name by saying it's a
16  fee.  I don't even know whether it's legal or
17  not.  But I could tell you I know it's wrong,
18  morally, educationally and in every other way.
19  If you read the program and what the people
20  bought, they bought a prepaid tuition contract.
21  Don't change it now.
22      Thank you very much.
23      REPRESENTATIVE MEALOR:  All right.  Thank
24  you, Mr. Tate.
25      Members, we extended an invitation to

## Page 15

1  Mr. Tate as a courtesy.  He is the past
2  chairman of the Florida Prepaid College
3  Program.
4      Members, one of the things we know -- I do
5  agree with him -- the bill, as it's currently
6  written, is problematic.  That's the very
7  reason for the workshop.  And what we're going
8  to do right now is to try to hear from as many
9  that would like to testify.  I think we need to
10  begin at the top of the system.  And at this
11  time it's my pleasure to recognize Carolyn
12  Roberts.  Ms. Roberts is the chair of the Board
13  of Governors for our state university system.
14      Ms. Roberts, good morning.
15      MS. ROBERTS:  Good morning.
16      REPRESENTATIVE MEALOR:  Welcome.  And
17  you're recognized.
18      And, members, keep in mind that everything
19  we're trying to do from this point forward is
20  to find out, is there a way that we can work
21  with Representative Dean and Senator Oelrich,
22  particularly as it relates to the trying to
23  move a university to the top ten.  And I must
24  tell you right now that I don't think from an
25  economic development perspective there can be

## Page 16

1  anything more meaningful to this state,
2  particularly in terms of the knowledge base,
3  knowledge and information, society, not only
4  for the creation but also the commercialization
5  of those activities.
6      Ms. Roberts, thank you for indulging me in
7  my comment.  You're recognized.
8      MS. ROBERTS:  Thank you, Chairman Mealor.
9  Honored representatives, Dr. Proctor, my
10  friend.  I'm here to talk to you briefly today
11  and then I'll be available for any questions.
12      First of all, I want to say that I honor
13  Stanley Tate very much.  He certainly is a
14  volunteer that's given his time and money, and
15  I respect it very much.
16      My sons, we participated in Prepaid and
17  we're the first in our family, when a new child
18  is born, to buy it.  After saying that, we know
19  we have some issues as far as this fee.
20      I could give you a plan for Prepaid, but I
21  don't think you're here to hear my point of
22  view on that today.  I'm talking to this bill.
23      This bill is important, this enhancement
24  fee to be specific.  When the Board of
25  Governors unanimously passed this, it was

## Page 17

1  because not only did we believe it would move
2  the University of Florida up but, more
3  importantly than that, our system.  We are a
4  board that's responsible for the whole system,
5  11 universities.  And we know and I believe can
6  prove to you, if you would like it, that
7  systems move up because of the top
8  universities, not that all universities are not
9  as valuable, but the University of Florida is
10  significant to our system, to our system moving
11  to be -- to be competitive in our country, and
12  I might say now in the world, as we have a
13  world economy and we want to be the -- we --
14  our university system is the key to us
15  competing in the world economy.
16      This fee is so important to our system
17  because we, as you know, respectfully, do not
18  have the appropriate funds at the University of
19  Florida to have the student-faculty ratio that
20  is competitive with other universities on their
21  level.
22      We felt, as our board, that this was the
23  first step for our system moving forward.  So
24  not only when you talk about the University of
25  Florida today, think about our system.  Think

1  about it -- what it means to our state.
2      In my opinion -- and I have a strong
3  opinion on this -- I do not believe you can
4  have a great state without a great university
5  system. I think it's the most important thing
6  you'll do. So this fee is important to our
7  University of Florida, but it's very important
8  to our system.
9      And I will tell you I have -- our youngest
10  son is graduating from the University of
11  Florida with a graduate degree. I believe this
12  will be my last University of Florida or
13  university degree. They've moved around
14  different places. They like to honor all the
15  schools. But I know for students today, $500 a
16  semester is not as much as some of us that are
17  older would believe it to be. I know that $500
18  should be considered money and I believe the
19  plan the University of Florida has for students
20  who are not able to pay that fee is not only
21  appropriate; it was necessary for them to talk
22  to the board about it for us to pass it. They
23  have a plan for students who are not able to
24  pay it. We have to honor them. We don't want
25  anyone not to be able to attend our

1  universities because they are not -- they don't
2  have funds to do it. So we have a plan. We
3  have a plan for students who cannot -- are not
4  able to pay that.
5      So I think we've covered all areas. But
6  just remember, you're not just talking about
7  the University of Florida. You're talking
8  about our system.
9      I'm available for questions, and I'll be
10  sitting right there waiting.
11      REPRESENTATIVE MEALOR: Members, are there
12  questions for our chair?
13      Representative Proctor, you're recognized.
14      REPRESENTATIVE PROCTOR: Ms. Roberts, good
15  to see you again.
16      MS. ROBERTS: Nice to see you,
17  Dr. Proctor.
18      REPRESENTATIVE PROCTOR: We go back to the
19  state school board times together.
20      If this fee is granted, by the data I
21  have, you will raise the money to a level, if
22  you just add it on the tuition, somewhere
23  around the University of Idaho at Moscow.
24      MS. ROBERTS: We haven't set our sights
25  real high with this fee.

1      REPRESENTATIVE PROCTOR: And that puts you
2  still under Mississippi State at Starkville.
3  We used to say thank God for Mississippi. We
4  can't say that anymore.
5      My question to you is, what long-range
6  plan does the university system have? There
7  has to be some way -- and I respect Mr. Tate.
8  He and I have debated this for years, and I
9  contended ten years ago that sometime there
10  would come a time when Bright Futures and
11  Prepaid would conflict with tuition, and we
12  needed to find a way to deal with that.
13      MS. ROBERTS: We are trying very hard to
14  do that, Dr. Proctor.
15      REPRESENTATIVE PROCTOR: And I think,
16  ultimately, the universities are going to have
17  to just eat the Prepaid, and then we're going
18  to have to find a way to attend to his concern
19  about those who cannot afford to go. But I'm
20  fearful that if we continue to restrict the
21  universities, that not just in economic
22  development but in biomedical and all other
23  research areas that are vital to this state,
24  we're going to have a bad situation.
25      So I would hope -- I just -- having made

1  that speech, you just hope that the Board of
2  Governors will work toward getting us somehow
3  out of this box, where when I look at
4  Pennsylvania State University at 12,000 and the
5  University of Florida at the bottom of 75 state
6  universities at 3,000 and say that we've got to
7  compete with them for faculty, for federal
8  research grants, and they outgun us four to
9  one. There has to be some way to deal with
10  that.
11      MS. ROBERTS: Sir, this is a very serious
12  issue, and thank you for bringing that point
13  up. The Board of Governors is continually
14  working on goals. We have a strategic plan
15  now. We're involved in long-range planning, as
16  I know all of you are aware. There are Pappas
17  reports. This is a very serious issue for the
18  State of Florida and for those of you sitting
19  in your seats that have the opportunity to fund
20  our top priorities. And I say to you, our
21  universities, it is time they are our top
22  priorities. The engine that fuels our economy,
23  in my point of view, are our universities.
24      So this is a very important issue, and I
25  hope you will take that into consideration in

1  this workshop.  We'll be glad to provide any
2  information you need.  Your staff has been
3  wonderful to work with.  But, indeed, this is a
4  critical time, and I believe this is the year.
5  Thank you very much.
6      REPRESENTATIVE PROCTOR:  Another comment.
7      REPRESENTATIVE MEALOR:  Certainly.
8  Follow-up?  Please.
9      REPRESENTATIVE PROCTOR:  But the reality
10  of -- even if this is granted, it doesn't solve
11  your problem that much.
12      MS. ROBERTS:  No, sir.
13      REPRESENTATIVE PROCTOR:  It doesn't put
14  you in anything comparable.  You're still
15  $1,700 below the national average.
16      MS. ROBERTS:  Yes, sir.  We're very aware
17  of that.
18      REPRESENTATIVE MEALOR:  Representative
19  Thompson, you're recognized, and then
20  Representative Heller.
21      REPRESENTATIVE THOMPSON:  Thank you,
22  Mr. Chair.
23      In looking at enrollment of minority
24  students in our public institutions of higher
25  education, we see that the enrollment of

1      African-American, Hispanic students in state
2  universities is decreasing and increasing in
3  community colleges.  And I'm very concerned
4  about access, both from the standpoint of the
5  criteria that we set for admission but also,
6  very importantly, in terms of being able to
7  afford it.  And I think that's an issue.
8      You mentioned that you have a plan for
9  individuals who have financial issues with
10  regard to the enhancement fee.  And, Mr. Chair,
11  I don't know if we have enough time, but I'd
12  like to know if we could hear what that plan
13  is.
14      MS. ROBERTS:  Well, I have -- yes, ma'am.
15  And thank you for those questions.  And I join
16  you in the same concerns.
17      When I joined the Board of Regents in
18  1989, my first chair was access and equity.  I
19  became aware of the issues, and I've worked
20  hard on it, and I hope have had some success in
21  those 18 years.
22      We do -- by the way, this year with the
23  first generation scholarship, we did have some
24  success.  And I invite and you I want to make
25  sure you're invited, if they're funded again,

1      just a little advertisement here, to come when
2  we have the reception when we meet those new
3  students.  You see the brightest students, the
4  best students.  And it is a very diverse group.
5  And so it's an opportunity for you to have to
6  fund that.  That's just a little political
7  advertisement on the side, because I join you
8  in that issue.  And the University of
9  Florida -- and I can't speak to the specifics,
10  but the president's here -- has assured us in a
11  public meeting before we approved this that any
12  student that qualifies for financial aid and
13  has difficulty paying this $500, they will have
14  an opportunity for the university to reimburse
15  them.  So you can ask them specifically how
16  that's done, but our board would have never
17  passed it had we not had that assurance that a
18  qualified student will never be turned down
19  because of this fee.  It's very important.  Our
20  board is dedicated to students, to financial
21  aid for students.
22      My goal and I believe the board joins me,
23  is that there will never be a time that a
24  qualified student is turned down from our
25  universities.  It's very important to all of

1      us.  We're dedicated to that.
2      REPRESENTATIVE THOMPSON:  Thank you.
3      REPRESENTATIVE MEALOR:  And Representative
4  Thompson, thank you.  Very, very important
5  question.
6      And in the Pappas report, they address
7  specifically some of the concerns that you
8  have, the very area that you talked about, the
9  skills and the knowledge base necessary for
10  those students as they're moving through our
11  system, to be able to just simply to access,
12  the opportunity for postsecondary education.
13  Representative Flores' committee is actually
14  addressing that during this session.  Very
15  timely question.
16      Representative Heller, you're recognized.
17      REPRESENTATIVE HELLER:  Thank you,
18  Mr. Chair.
19      The fee, as I read the language here --
20  and the language is to delegate authority to an
21  institution to develop an enhancement fee.  And
22  it's under student fees, so I would assume that
23  in that process the university involved would
24  at least contact its students and have the
25  students, you know, respond to that, since it's

1  really seen here as a student fee to enhance
2  the program that they're going to receive.
3      Am I correct in that part, that, you know,
4  this would be a delegation of authority to a
5  university to consider the development of
6  enhancement fee, and then there are criteria
7  there that would involve students in that
8  process?
9      MS. ROBERTS: Yes, sir. For our board, it
10  was for one university. I know the fear that
11  it will open the doors to all the universities.
12  Our board took this fee up for one university.
13  It was -- it was for us to give that authority
14  to the Board of Trustees for this fee with
15  accountability measures back to the Board of
16  Governors. We believe in accountability
17  because we believe we are accountable to you,
18  sir. And these are funds that are not ours and
19  we want the Board of Trustees to be accountable
20  to the Board of Governors and us, in turn, to
21  be accountable to you.
22      This is for incoming freshmen. They are
23  aware, if it is your pleasure, that this fee
24  will be charged to them. They know that before
25  they accept going to the University of Florida.

1  They also know that financial aid is available
2  and will be -- not only does financial aid need
3  to be available; it needs to be in a way
4  students can understand it and access it. The
5  University of Florida is dedicated to that.
6  So, yes, sir, it is. It's on incoming freshmen
7  who are aware of it now as they accept their
8  offer to go to the University of Florida.
9      REPRESENTATIVE MEALOR: Thank you,
10  Representative Heller.
11      And if I may follow up also. I think that
12  the bill that's currently in front of you and
13  you cited is problematic in its language.
14  Frankly, I would not have heard it.
15      I have worked very closely with our Senate
16  colleagues and with the executive branch. And
17  I think that if we can work through this, the
18  only probability of success, in my opinion, is
19  that we must absolutely delimit that this is
20  for one institution and one institution only at
21  this time and will not be, as was spread
22  earlier, allowing all 11 to go down this same
23  road.
24      Thank you. Further questions of Chair
25  Roberts?

1      MS. ROBERTS: May I make one comment?
2      REPRESENTATIVE MEALOR: Please do.
3      MS. ROBERTS: The Board of Governors is a
4  group of volunteers who are dedicated to this
5  state and to the students of this state. We
6  have -- we feel that it's very important to us
7  to give an opportunity to all qualified
8  students, and we believe that there will be
9  more qualified students as our K through 12 is
10  working to improve that system. So this board
11  of volunteers believe this fee is very
12  important and will not in any way harm a
13  student. I can speak for our board. We would
14  never pass anything that was not in the best
15  interest of a student.
16      And I do believe that our young people and
17  their parents that are paying these Prepaid
18  contracts expect a quality system. I do think
19  it's important that you go to a university that
20  is recognized. And I hope, as you have this
21  workshop today, you will never forget that
22  quality is important because if your child --
23  if you are working hard for your child to have
24  this opportunity, maybe a first-generation
25  scholar, you do want that diploma to be

1  competitive with any university. We owe our
2  citizens that.
3      Thank you very much for allowing me to
4  speak.
5      REPRESENTATIVE MEALOR: Thank you very
6  much.
7      Members, at this time, I'd like to
8  recognize the president of the University of
9  Florida, Dr. Bernie Machen.
10      President Machen, good morning.
11      DR. MACHEN: Good morning.
12      REPRESENTATIVE MEALOR: Welcome and you're
13  recognized.
14      DR. MACHEN: Thank you very much.
15      I want to thank you all for allowing me to
16  participate in your workshop. I think that
17  from the conversation already today, it's clear
18  this group of legislators has a good
19  understanding of what the bill is requesting.
20  This is a special enhancement to the existing
21  base program at the University of Florida.
22  It's only for undergraduates. That's the area
23  where we think we need the most attention
24  focused.
25      Anybody who's receiving need-based

Page 30

1  financial aid will not have to pay out of
2  pocket this fee. It will either be paid from
3  other sources or it will be waived for these
4  people. So it will not be a barrier for access
5  for anyone who qualifies for need-based
6  financial aid.
7       In addition, we did, in fact,
8  Representative Heller, take this program to our
9  students before we brought it out. And our
10  student body is represented here today and, if
11  time permits, they are willing and actually
12  anxious to speak to you about it.
13      We're very proud of our students. They
14  show great intelligence and they have figured
15  it out. This bill will help them. It will
16  help them by improving the education that they
17  get at the University of Florida, and they
18  would speak to you if you so choose.
19      I'd also like to speak to the issue of
20  diversity. It's a cornerstone of a great
21  university and a great university system. And
22  we were instrumental in helping the legislature
23  start the first-generation scholarship program
24  last year. And at the University of Florida,
25  it allowed us to attract 434 students who would

Page 31

1  otherwise not be able to attend our university.
2  241 of them are African Americans. And these
3  are the first in their families to ever attend
4  college, and they are going to be the leaders
5  and best of our university system in the years
6  to come.
7       And, again, like Chairman Roberts, I have
8  a small plug for you. We have 500 more we want
9  to accept for next year who would enter
10  depending upon the funding that's available for
11  these people. In one year, last year, we
12  increased the percentage of our freshman class
13  that's African American from 9 to 13 percent,
14  primarily as a result of this scholarship
15  program. So it's a separate approach, but it
16  is something that all universities in our state
17  are focused on and are trying to make a
18  difference at, so we share the concern that
19  you've expressed.
20      As Representative Proctor was alluding to,
21  the tuition at the University of Florida is
22  extremely low. We pay the tenth lowest tuition
23  and fees of any system school in the state of
24  Florida, so we are the second lowest of all the
25  11 state universities currently. So our

Page 32

1  tuition and fees are below even the norm for
2  the state of Florida.
3       We are the lowest flagship university
4  tuition in the country. We rank U.S. News and
5  World Report -- or USA Today had a ranking of
6  75 universities last fall. The University of
7  Florida is No. 75. If this fee were to be
8  implemented, we will go from 75th to 66th. So
9  I guess that's right around Moscow, Idaho, if
10  you listen to Representative Proctor.
11      So this is not going to solve the overall
12  system problem. And, as Chairman Roberts
13  mentioned, this is not a plan that is designed
14  for the entire system. It's designed just for
15  the University of Florida. We think it will
16  work. We think it will make a difference at
17  our university, and we would urge you to give
18  it your careful consideration.
19      Thanks, Representative Mealor.
20      REPRESENTATIVE MEALOR: President Machen,
21  thank you very much for your comments.
22      Members, are there questions?
23      Representative Proctor?
24      REPRESENTATIVE PROCTOR: Thank you,
25  Mr. Chairman, president. President, welcome.

Page 33

1  Good to see you.
2       I have several short questions.
3       REPRESENTATIVE MEALOR: Please. Go right
4  to the presenter, please.
5       REPRESENTATIVE PROCTOR: Comparing with
6  other major state universities, what is
7  University of Florida's endowment? Are we
8  modestly endowed?
9       DR. MACHEN: Compared to publics, we are
10  in the top 50.
11      REPRESENTATIVE PROCTOR: Top 50.
12      DR. MACHEN: We are right at a billion
13  dollar endowment.
14      REPRESENTATIVE PROCTOR: What percent of
15  the entering freshmen would have a prepay?
16      DR. MACHEN: We have run the numbers and
17  it's a bit of a guesstimate. Since this
18  program starts only with new students, we
19  focused on next year's freshman class. It
20  looks like to us 31 percent of our entering
21  freshman class will be on Prepaid next fall.
22      REPRESENTATIVE PROCTOR: And what percent
23  would have Bright Futures?
24      DR. MACHEN: 95 percent.
25      REPRESENTATIVE PROCTOR: So 95 percent,

1 absent Prepaid, still have all tuition paid
2 when they enroll, right?
3     DR. MACHEN: Correct.
4     REPRESENTATIVE PROCTOR: My question,
5 then, based on all that is this: I've noted
6 your increase and I understand the reasons, but
7 if we continue on this track and we open three
8 new medical schools, and are we going to be
9 recruiting outstanding physicians from out of
10 state and outstanding faculty, or are we simply
11 going to be hiring away from each other in an
12 ever-declining number and an ever-declining
13 quality?
14     DR. MACHEN: My market for faculty,
15 Representative, is a national market. We
16 rarely recruit from within the state of
17 Florida.
18     REPRESENTATIVE PROCTOR: But what about
19 the new medical schools?
20     DR. MACHEN: The new medical schools are
21 going to have to recruit from out of state. We
22 do not have enough faculty from our own -- for
23 our own medical schools right now. So this
24 will come from outside if they're going to be
25 successful at all.

1     REPRESENTATIVE PROCTOR: So how are we in
2 faculty salaries if we want to recruit
3 outstanding in the researches, in the medical,
4 in the biotechnical? What is your competitive
5 position?
6     DR. MACHEN: We are at least 10 --
7 depending upon the discipline now, between 10
8 to 25 percent below the national market for the
9 faculty that we are trying to recruit. This is
10 important to retain as well. We get rated
11 every year by people who come in and realize
12 the economic circumstance in Florida.
13     REPRESENTATIVE PROCTOR: I make my
14 comments obvious. Thank you, Mr. President.
15     REPRESENTATIVE MEALOR: Representative
16 Nehr?
17     REPRESENTATIVE NEHR: Thank you,
18 Mr. Chairman.
19     Welcome, President Machen. How are you?
20     DR. MACHEN: Fine.
21     REPRESENTATIVE NEHR: I apologize if this
22 question was already asked. I was presenting a
23 bill in another committee, but can you tell me
24 what specifically you would do with the
25 additional funding?

1     DR. MACHEN: Thank you very much.
2     This is why I think the students have
3 gotten onboard. This is very targeted. One of
4 the real dilemmas for the University of Florida
5 is our teacher-student ratio. When you compare
6 us to the national norm, the number of students
7 per faculty is way above what it should be.
8 We're committing to hire new faculty with this
9 money, 200 new tenure-track hardcore faculty
10 that will be used to teach undergraduates.
11     In addition, the national norm for
12 academics counselors is about one counselor to
13 300 students. Ours is over one to 1,000. So
14 we will also hire 100 new academic counselors.
15     One of the dilemmas at our university and
16 indeed others is getting our kids -- we talk
17 about how they're the best and the brightest.
18 Well, only 55 percent of ours graduate in four
19 years. Some of the problems are they get lost
20 in the system and they can't make their track,
21 so we're going to hire academic counselors to
22 lower the ratio of students to counselors and
23 we're going to hire new faculty. And they're
24 not going to just go across the board. There
25 are certain disciplines that are more in

1 demand, and the students can't get into them
2 because we don't have enough sections
3 available. So we're going to put the new
4 faculty where the students tell us they want
5 more faculty by virtue of where they're signing
6 up for new courses.
7     Thank you.
8     REPRESENTATIVE MEALOR: And we do have a
9 history, I think, at the University of Central
10 Florida several years ago that was identified
11 by the legislature that that was a problem
12 area. They targeted specifically that. And we
13 heard public testimony this past summer
14 complimenting them on the way that they were
15 able to turn that around and make it a rather
16 efficient and effective process.
17     Representative Patterson and then we'll
18 take it next.
19     Representative Patterson, you're
20 recognized.
21     REPRESENTATIVE PATTERSON: Dr. Machen, the
22 number of faculty that you will be hiring, do
23 you have the classroom facilities and
24 laboratory facilities to house these people?
25     DR. MACHEN: We do. We do. Much to our

1    students' dismay, they may have to go to class
2    in the evenings and more on Friday than they'd
3    like, but we think we have that covered. The
4    only issue might be offices. We think that
5    that, fortunately, is a low-cost issue and
6    would be accommodated in our future PECO
7    allocations. But it's a very important
8    infrastructure question that we've looked at.
9        The other thing is, since this is going to
10   be phased in over a four-year period, we have
11   time to ramp it up, and we think that we can
12   accommodate that.
13       REPRESENTATIVE PATTERSON: My other
14   question has to do with -- I know one time I
15   heard a ratio that there was like 25,000
16   students that applied to the University of
17   Florida as freshmen and 5,000 were accepted.
18   And, luckily, my daughter happened to be one of
19   those, but she was on a national merit
20   scholarship.
21       How many additional freshmen students
22   would you be able to take in as a result of
23   this?
24       REPRESENTATIVE PATTERSON: We are not
25   planning to increase enrollment with this.

1    That's why the students are so engaged in this.
2    This will, we think, go straight to improving
3    the quality of their education. Our numbers
4    this year are over 25,000 applications for
5    6,000 slots. But this is not an
6    enrollment-growth model. This is an
7    academic-enhancement model. So we're not using
8    this to increase the size, unfortunately, of
9    the class.
10       REPRESENTATIVE MEALOR: Any further
11   questions?
12       Representative Heller, you're recognized.
13       REPRESENTATIVE HELLER: President Machen,
14   I appreciate your interest in making sure that
15   the curriculum is enhanced for the students
16   because I know, as a former head of a campus
17   and now as a faculty member, nothing means more
18   to them than the person who's standing in front
19   of them in a classroom. And, indeed, we talk
20   about class sizes being important for the
21   public and public schools. It's equally as
22   important at the higher education level. I
23   would -- and I also commend you for having the
24   students involved. I would like to hear from
25   the students because I think what you're trying

1    to do, they are going to be the major
2    beneficiaries of this effort, so I applaud you
3    for that.
4        And, again, I -- tuition is at the -- in
5    any institution in a university system is very,
6    very low. As a consequence of that, we do not
7    have the resources in most of our institutions
8    to do the kind of enhancement that you're
9    talking about. That's unfortunate but I think
10   that, as Representative Proctor has mentioned,
11   that's something that we're going to have to
12   deal with, and this is one means of attempting
13   to do that. So thank you for your effort.
14       DR. MACHEN: Thanks for your insight and
15   your understanding.
16       REPRESENTATIVE MEALOR: Members, further
17   questions of our presenter?
18       President Machen, thank you very much, and
19   there may be other questions as we go through
20   this process.
21       At this time, it is my pleasure to
22   recognize the chair of the Stanley G. Tate
23   Prepaid College Program, Mr. Ted Hoepner.
24       Mr. Hoepner, good morning. Welcome. And
25   you're recognized.

1        MR. HOEPNER: Thank you, Chairman Mealor.
2    And thank you, Vice Chairman Proctor and
3    committee members, for allowing me to address
4    you this morning.
5        Let me introduce myself. I'm Ted Hoepner.
6    And, again, as introduced by David Mealor, I am
7    the chairman of the Stanley Tate Prepaid
8    College Program. That includes both the
9    tuition program and the investment program.
10       Previously, in my real life, I was vice
11   chairman of SunTrust Banks in Atlanta, Georgia.
12   And prior to that, president, chairman and CEO
13   of SunTrust Bank here in the state of Florida.
14   I've got a perspective of economic development
15   from a banker's point of view. I also have an
16   appreciation for the academic side of things.
17   I served as chairman of Rollins College as
18   board of directors. I was on the University of
19   Miami board of directors. I'm close to several
20   of the university presidents in the past and so
21   have an appreciation for schools in our state
22   and the dilemma that you're facing as the
23   legislature and the ones that have got to
24   decide what it is we're going to do about all
25   this.

Page 42

1    With me today, I have several of our staff
2    members.  I have them here, so as they are
3    available to answer questions, if I'm not able
4    to do that, Tom Wallace, our executive
5    director, Bill Nichols, our director of
6    operations -- Diane Hurth [ph] is our new
7    marketing director.  Phil Blank is our general
8    counsel, is here with us today.  And then also,
9    because this is a very, very complicated matter
10   when you get into the dollars and cents of it,
11   we also asked Seth Harlow, who is an actuary
12   from Ernst & Young, to be here to answer any
13   questions, should we get into the dollars and
14   cents of all of this.  And I will try to
15   address some of that, but when we get really,
16   really technical, you need the expert to do
17   that, and I wanted to make him available to you
18   should you get into the real nitty-gritty of
19   all of this.
20       For those of you that are not familiar
21   with the Florida Prepaid, let me give you one
22   little snippet of background.  It was again
23   formed back in '88.  Stanley was the driving
24   force.  We have over 1,200,000 contracts that
25   have been sold.  We've got almost 800,000 of

Page 43

1    those contracts still outstanding.  We have
2    about 59 percent of these plans that were sold
3    to individuals with $70,000 or less in family
4    income.  So this is not just a wealthy person's
5    plan.  It's very much more diverse.
6        I would also tell you that a large
7    percentage of the families purchased these for
8    their infant at birth and pay for this over an
9    18-year period of time, 200-odd payments, 213
10   to be exact, individual monthly payments.  So
11   these are people that are dedicated to what
12   we're speaking of; and that is, a college
13   education for their children.
14       They're also very interested in the
15   dollars because if you're on an $84-a-month
16   plan, you're worried about affordability, to go
17   to Stanley's point.  But at the end of the day,
18   what they want is a college education for their
19   children.
20       And today, 74,000 students attend the
21   university under the Florida Prepaid plan.  As
22   I said, over 700,000 additional students will
23   be coming forward under the existing programs.
24       When we first heard of the academic
25   enhancement fee, it was actually back in

Page 44

1    November of last year.  It was brought forward
2    by the University of Florida and then went to
3    the Board of Governors, and the Board of
4    Governors accepted that proposal.  It came
5    before our board on December the 7th, and we
6    contemplated then what was something a little
7    bit different than what your House Bill stands
8    for.  It talked about University of Florida
9    only.  The House Bill doesn't specify
10   University of Florida only.  It talked about it
11   being an academic enhancement fee that would
12   have attached to it certain criteria, numbers
13   of faculty, and how it was going to be
14   enhanced.  That's not in the current House
15   Bill.  Talk about deficiencies.
16       It also, as we read it, because of the way
17   the statute is written, quite complicated, but
18   it specifically excluded the Florida Prepaid
19   Board from paying for its contract holders.
20   And so you'd say, well, goodness.  You would be
21   happy about that.  You are not going to have to
22   pay this contract as a board; but, rather, your
23   contract holders, the individuals who bought
24   these contracts, they'll have to pay.  I hope
25   that's -- I've made that clear.

Page 45

1        And when we thought about it and we
2    discussed it, it was problematical to us
3    because we said, this is really tuition.  We
4    said that when you write a bill that talks
5    about academy enhancement and you say it's
6    going to be for faculty and for teaching
7    purposes and then you look at the Florida
8    statutes, that is tuition.
9        So here we've got a situation where it
10   sounds as if we're exculped [sic] but, in fact,
11   we're exculped from the very thing that we
12   guarantee as a state; and that is, a paid
13   tuition.  So we took it to our attorney,
14   Counselor Phil Blank, and we asked him, what
15   did he think.  And he opined in a written legal
16   opinion to our board that, in fact, it appeared
17   to be tuition under the statute.  He was
18   concerned that if it were passed the way it was
19   originally written, that we would, in fact,
20   probably end up in court.  That litigation -- a
21   class-action suit has been threatened, that
22   we'd end up in court.  We would lose in court
23   and we would end up having to pay the fee as a
24   board.
25       So we're very concerned about the way that

12  (Pages 42 to 45)

Page 46

1  is written. And, as a consequence, as we
2  looked further into that, we tried to figure
3  out a way where we could accommodate what the
4  University of Florida and the Board of Regents
5  were interested in and at the same time
6  accommodate our contract holders and our board.
7  You know, where is this compromise, this
8  meeting of positions? Because, frankly, the
9  board is sympathetic to the board of governors'
10 concerns, but it's also got a fiduciary
11 responsibility to our contract holders and our
12 board itself.
13     So we started to analyze what these
14 impacts would be. And, to begin, if you were
15 to assume that we, in fact, would have to pay
16 the fee for the University of Florida contract
17 holders that we have to go to that university,
18 some 29 to 30 percent, we think, of the
19 incoming freshmen, it would cost -- it would
20 cost the Prepaid fund about $326 million over
21 the term of those students that we currently
22 have under contract. Currently, we have a
23 $585 million actuarial reserve. Were we to pay
24 it, we would have a $260 million actuarial
25 reserve. And so everything looks okay. Well,

Page 47

1  it's not okay. I want to tell you, first of
2  all, our concerns is -- we delved into it.
3     First of all, an actuarial reserve is not
4  money in the bank. It's not like an insurance
5  reserve or a savings account or something else.
6  An actuarial reserve -- and we've got the
7  actuary here -- is simply an estimate of your
8  ability to pay your liabilities over time based
9  on the assets that you have on hand at a given
10 time. And rates of inflation and tuition,
11 bonds rates are considerations in that
12 calculation.
13     To give you an idea of the sensitivity to
14 an actuarial reserve, let me state that over
15 the period of the last 19 years when the
16 program has been in existence, there's been a
17 range of excess of 3 percent to 18 percent,
18 okay? So we've had a range of 3 to 18 percent
19 actuarial reserve. Right now, we've got about
20 9.6, almost 10 percent actuarial reserve, and
21 that sounds like a lot. But if you look at
22 another statistic, you'd think, well, it's not
23 really very much because a 1 percent change or
24 error or difference in our assumption on bond
25 rates, 1 percent, 1 percent, 1 percent, is

Page 48

1  $540 million. Boom. It's gone, just like
2  that.
3     Now, to give you an idea, we assumed, in
4  the last period of time that we set this
5  actuarial reserve, the accountants did, they
6  figured a 530 return. Currently, spot ten-year
7  yield would be about 450. We add ten basis
8  points because we do some enhancement. You
9  know, we're looking at a major revision already
10 downward of our existing reserve.
11     I'm worried personally, over a long period
12 of time, that we have low interest rates.
13 Stanley introduced -- we have continued as a
14 board to have immunization, which basically
15 says that we are not going to speculate in the
16 bond market. We are going to try to cover
17 these actuarial costs with very safe
18 government-type or quasi-government bonds. And
19 historically we have been very fortunate
20 because over that long period of time, we had
21 some very high interest rates and we averaged
22 about 9 percent, okay? Today we're looking at
23 a 4-and-a-half-percent return. And it just
24 doesn't work anymore when you have a 9-percent
25 average and now we've got a

Page 49

1  4-and-a-half-percent average.
2     So what I'm suggesting to you is please
3  don't touch that reserve because, if you do, it
4  just may accelerate a very difficult situation,
5  which would end up back in the legislature
6  because, at the end of the day, who is going to
7  fund all those plans? It's either going to be
8  the state legislature or it's going to be the
9  universities themselves. That's where it backs
10 up.
11     In any event, at the December the 7th
12 meeting, the board took the position that if
13 the fee was adopted by the legislature, if you
14 adopt a fee, that the current Florida Prepaid
15 College Plan policyholders or our contract
16 holders, if you will, and the board itself
17 should be exempt from paying that fee for the
18 existing contract holders. We went on to say,
19 however, that beginning next year, we would
20 like the authority to start the charge for an
21 enhancement fee.
22     So we're saying back to you, we don't --
23 we, as the current board, different than what
24 Mr. Tate had to say, is saying we want to be
25 open to change. We want to figure out a way to

13 (Pages 46 to 49)

1  help get where you're trying to get in the way
2  of enhancing your university systems, and we
3  think that this compromise is the best of all
4  alternatives.
5      Let me take the systemic problem; that is,
6  take it beyond the University of Florida and
7  say, all 11 universities decide that they need
8  a fee. Well, that's a hit to us of about
9  $1,400,000,000 if everybody did it and all did
10 it at $1,000 and did it the same way that the
11 University of Florida did it. And so, you
12 know, that, again, is problematical. We
13 can't -- we can't cover that. Many of our
14 board members felt as if we were on a slippery
15 slope. And once we approved this, everybody's
16 going to follow and want to do that, and that
17 would not work well. It would put us into a
18 negative reserve position of about
19 $865 million. So that's quite a swing.
20     The board's not trying to impede the
21 legislature's ability to increase tuition or
22 make improvements to the universities, but it's
23 important to consider the impact on Florida
24 families that have already purchased a plan,
25 made a deal with you, the legislature. And

1  these are really committed people, as you
2  probably know from history. They will get very
3  active, and that's the way they are.
4      The board believes that we propose the
5  solution that will keep the promise. We think
6  that the bill, if it's changed, should clearly
7  state that the bill for an academic enhancement
8  fee is and will only apply to one university;
9  that is, the University of Florida; that exempt
10 persons who purchase the Florida Pre -- we
11 would like it to exempt persons who have
12 purchased the Florida Prepaid College Plan
13 contracts prior to the effective date of the
14 act. We would like the board, the legislature,
15 to indicate that the Prepaid board will not be
16 required to pay the academic enhancement fee
17 for existing contracts. We would also like the
18 authority from you to sell new contracts
19 beginning this year, that would include such an
20 enhancement fee. We would make a separate
21 contract altogether so that if someone wanted
22 to buy the Florida Prepaid contract, they would
23 buy that. And when they went to school, they
24 would have to pay the fee or they would have to
25 have bought a contract that pays the fee. Do

1  you follow?
2      We believe a promise is a promise. For 20
3  years almost, families have saved and
4  sacrificed to help their children achieve their
5  dreams. We believe that the board, our board,
6  has a fiduciary responsibility to meet the
7  contractual agreement, let you know what the
8  impact would be financially to the State of
9  Florida were we to not handle it as we've
10 suggested. And, then, finally, we also believe
11 that it's our duty to inform our customers, the
12 policyholders, what is happening in the
13 legislature as it moves forward. And we have
14 done that in the past, and we've kept you
15 informed so that you know what we're telling
16 our clients.
17     REPRESENTATIVE MEALOR: Well, Mr. Hoepner,
18 thank you very much. I have just a couple of
19 questions.
20     MR. HOEPNER: Yes, sir.
21     REPRESENTATIVE MEALOR: Members, as you're
22 aware, the house committees right now, our
23 primary responsibility, first and foremost, was
24 to deal with the 100 innovative ideas. And
25 Innovative Idea 15, which this workshop is

1  based on finding and implementing concept for
2  that idea. And in that concept, it does say, a
3  university, one. And I think that based on
4  what you've said, it would certainly not to be
5  my intention to open this up.
6      We heard the chair of the Board of
7  Governors talk specifically about it being one.
8  We heard the president offer options that in
9  many ways addressed some of the concerns that
10 you had.
11     Sir, would it be possible for your team to
12 get us some language based on what you just
13 presented?
14     MR. HOEPNER: Yes, sir. Yes, sir, we can.
15     REPRESENTATIVE MEALOR: Perfect. Good.
16 Then, let's do that. And may I ask something,
17 right now, in your role and one of the things
18 we're trying to do -- as a matter of fact,
19 House Bill 1237 last session, passed by the
20 legislature, signed by the governor, generated
21 a great deal of interest related to investment
22 in our state universities. Your role was
23 SunTrust in Atlanta -- by the way, Trust
24 Company of Georgia became the underwriter of
25 the old SunBanks. Did the reputation or the

Page 54

1  perception, the Georgia Institute of Technology
2  and Emory University, contribute to the
3  economic development climate in Atlanta?
4      MR. HOEPNER: I would say definitely yes.
5      REPRESENTATIVE MEALOR: Thank you.
6      And, then, members, that's exactly what
7  we're trying to do in a statewide system. And
8  these are first steps, I think necessary steps.
9  And thank you.
10     I know there are going to be several
11 questions, so let me begin with Representative
12 Proctor.
13     And, by the way, thank you for the input.
14     REPRESENTATIVE PROCTOR: Thank you,
15 Mr. Chairman.
16     Thank you for your presentation.
17     The question I want to address is this: I
18 understand, I think, what you told us about
19 your financial situation. But as we look into
20 the future, it appears to me that if we
21 continue to sell contracts, that, in reality,
22 tuition will not be set by the Board of
23 Governors or by the Board of Trustees. It will
24 have little to do with the mission of these
25 institutions or their needs. It's going to

Page 55

1  depend primarily upon what you earn or can earn
2  on your investments. And the further down the
3  road we go, the more likely that the State can
4  never break out of that box. Thus, the
5  university's future will be determined by your
6  investment policy. Now, maybe that's an
7  overstatement, but that's what I understood.
8      REPRESENTATIVE MEALOR: Please. Go right
9  ahead. Respond to the question, please.
10     MR. HOEPNER: I understand where you're
11 coming from. I'm sympathetic to that argument.
12 I think that there are options that we have
13 that have not been explored that can mitigate
14 what you're speaking of.
15     Let me first talk about investments. I
16 would suggest to you that the reason that the
17 Florida Prepaid plan is in existence today, has
18 been successful, is that it was very
19 conservative in the way that it managed its
20 funds and continues to manage its funds so that
21 we don't become a liability. On the other
22 hand, we are constraining what you're able to
23 do, as the Vice Chairman Proctor indicates.
24     So how do we solve that dilemma? And I
25 think we need to workshop that problem.

Page 56

1      I believe the concept is one where we
2  probably move from a guaranteed tuition into
3  some form of sale of contracts that pay a
4  portion of or a unit value, where it doesn't
5  have to be the same at every university; that
6  is, you could charge different rates at
7  different universities, have a document, a
8  piece of paper that allows you to utilize that
9  towards a partial payment. But it's got to be
10 a shift. And the problem that we've got is
11 we're, by former legislation, we're -- we
12 guaranteed what we're going to do. And if we
13 don't break it now, ten years from now, just
14 like it was ten years ago, we'll be in the same
15 box. And so what I'm suggesting is to work
16 towards that compromise, if you will.
17     Now, I suppose another way you could look
18 at it is that you could suggest that we get
19 more aggressive in our investing. I don't
20 really think we want to do that. Other states
21 have done it, and almost without exception the
22 program has financially failed.
23     Now, frankly, that happened because they
24 got very involved in the high-tech boom time
25 and then the stock market cratered and they

Page 57

1  faced these huge deficits that their
2  legislature had to fund. We don't want to get
3  in that position. That's one of the reasons
4  that we're so -- so protective of that reserve.
5      REPRESENTATIVE PROCTOR: Mr. Chairman?
6      MR. HOEPNER: Please.
7      REPRESENTATIVE PROCTOR: Thank you very
8  much for that response.
9      The difficulty I have is -- I struggle
10 with this problem, is it seems to me that what
11 we really have put ourselves in is a situation
12 where Bright Futures and Prepaid define the
13 resources of the state university system as
14 regards tuition. So we really have two
15 financial aid programs of different types that
16 the legislature actually doesn't have
17 discretion over tuition because Prepaid is so
18 massive that if we wanted to raise tuition --
19 and I'm not suggesting this -- 10 percent, it
20 creates a real problem for you, as I understand
21 your investment. And I'm not suggesting you
22 get more aggressive.
23     Former Chancellor Charlie Reed predicted
24 long ago that at some point the universities
25 would have to be willing to accept what you

15 (Pages 54 to 57)

## Page 58

1  could responsibly provide, regardless of what
2  their tuition was, and accept it as full pay.
3  That's one step toward the solution. I think
4  if we could arrive at that and then say future
5  policies would take some format such as you
6  suggested is the most encouraging thing I've
7  heard as to how we break out of this situation.
8  So I welcome that comment and I appreciate it.
9       MR. HOEPNER: Thank you, Vice Chairman.
10  I would suggest that's the only way I can
11  see that we break out of it. Obviously, our
12  whole board has got to embrace that. We've had
13  discussions along those lines. We've reached
14  out to the Board of Governors to suggest that.
15      I would comment on one point; and that is,
16  is that systemically, again, the whole system,
17  11 universities, we only represent 13 percent.
18  So I don't think we should be the impediment,
19  given 13 percent. And going back to Charlie
20  Reed's point, why walk away from 87 percent?
21  In other words, were you to increase tuition
22  throughout the system and exempt the contracts,
23  you're still going to get 87 cents on the
24  dollar. That's a pretty good deal. I mean,
25  it's kind of like, you know, sleeves off my

## Page 59

1  vest to worry about us and to set your policy.
2  Let the tail wag the dog. Don't do that.
3  University of Florida has got a little
4  different deal, you know. Theirs is higher.
5  22 percent is the incoming group. But when you
6  pare it down, it's more like 29, 30 percent, is
7  the cost. But, goodness, I mean, I'm a
8  businessman. I'll take 70 cents on the dollar
9  rather than zero. Let's move forward. Let's
10  get it done.
11      REPRESENTATIVE PROCTOR: Mr. Chairman?
12      REPRESENTATIVE MEALOR: Certainly.
13      REPRESENTATIVE PROCTOR: Thank you. I
14  think that's a very helpful suggestion. I
15  appreciate it very much.
16      That also then would allow universities to
17  establish their tuition rates based on the
18  uniqueness of their missions rather than
19  having -- insisting upon a flat rate, and that
20  wouldn't complicate what you're suggesting. We
21  just accept those policies for what they're
22  worth at any given time and the universities
23  have to agree with that, and then we'd see what
24  we do with future sales. Is that --
25      MR. HOEPNER: Right. Existing contracts,

## Page 60

1  they get what they bought: Prepaid tuition.
2  New contracts, we probably have to come --
3  we've got to come with something that the Board
4  of Governors would agree, that you would agree
5  would be right.
6       Now, is it going to be easy to market?
7  Not as easy as the deal we've got today, you
8  know. Today, Prepaid's a very good deal. And
9  it would be not as good a deal in the future,
10  so we may not sell as much. But it's still --
11  we would still be in a position to offer
12  families an opportunity to save payments over a
13  period of time. They'd get the tax-free
14  interest income off of it. So it's a benefit
15  and it's a good program for the State.
16      REPRESENTATIVE PROCTOR: Thank you. I
17  appreciate your coming.
18      REPRESENTATIVE MEALOR: We have the
19  legislative aides here from both Representative
20  Dean and Senator Oelrich. And one of the
21  things that struck me -- and, by the way, I
22  think the options that you're recommending
23  would probably be very palatable to the bill
24  sponsors.
25      The other thing that just struck me,

## Page 61

1  though, is that in my neighborhood, it's not
2  uncommon, particularly several weeks ago, to
3  see the cars souped up with students saying,
4  "Gator Bound," "'Nole Now," and those kind of
5  things. So I think those acceptance letters
6  have gone out. And, frankly, it might be
7  something that we want to consider when the
8  bill goes into effect, which would help what
9  you're talking about but also then when we
10  might want to actually allow this to go into
11  effect in terms of an academic year.
12      Further questions for our presenter?
13  Representative Thompson, you're recognized.
14      REPRESENTATIVE THOMPSON: Thank you,
15  Mr. Chair, and thank you for your presentation.
16      You indicated that you'd like to include
17  the enhancement fee in future Prepaid programs.
18  And since we're anticipating that there will be
19  only one institution that will qualify for the
20  enhancement fee, does that translate into
21  asking a person who purchases the plan to
22  choose the University of Florida? Let's say
23  that I purchase one for my two-year-old
24  granddaughter. She's at two years old now. Am
25  I saying that 16 years from now, I want her to

Page 62

1  go to the University of Florida? I'm therefore
2  willing to pay the enhancement fee. And then
3  what happens if she's not accepted to the
4  University of Florida?
5      MR. HOEPNER: Representative, I hope that
6  your two-year-old, if you have a two-year-old,
7  in fact, is eligible to go to the University of
8  Florida, and that's a problem. But I think
9  that the way it would probably work out is
10  this: It would not be part of the Prepaid
11  tuition program, but it would be a separate --
12  a separate contract. It would be an academic
13  enhancement fee contract. You would buy it and
14  you would use it if your child went. If your
15  child did not go, you would either use it as an
16  enhancement to another fee or another -- it
17  would be currency, if you will, at the
18  university, whichever university they went.
19      Finally, if they didn't go, it would be as
20  it is today. We would refund the money that
21  you paid in, okay? That's the deal today. If
22  you buy a contract, your child doesn't go, we
23  give you your money back.
24      REPRESENTATIVE THOMPSON: Thank you.
25      REPRESENTATIVE MEALOR: And I think,

Page 63

1  Mr. Hoepner, certainly at this time -- I can't
2  speak for the committee, but I can speak for
3  myself. I have absolutely no need to start to
4  go into your actuarial reserves. And I do know
5  that we have Mr. Harlow here. And thank you
6  for being with us from Atlanta, but that is not
7  of interest to me right now. And I talked with
8  the bill sponsor and I don't think it's his
9  interest at this point in time.
10      Are there further questions for your
11  presenter?
12      Sir, thank you very much for the
13  presentation and also the information. I think
14  that some information was submitted earlier on,
15  but if we could get additional information
16  based on your presentation, it would be helpful
17  to staff as we work with our representative.
18      Members, we have some time remaining, and
19  I know several of you do have previous
20  engagements, so let me go ahead -- I'd like to
21  go ahead and hear from the public that has
22  requested to speak related to this issue. And
23  one of the things that I want to keep in mind
24  right now is that I think it's the intent of
25  both the House and Senate sponsors that this be

Page 64

1  delimited to one institution and that there be
2  grandfathering provisions to time certain and
3  to those kinds of issues.
4      With that said, though, let me go ahead
5  and I'll go ahead and I'll recognize
6  Mr. Matthew Tuckman. He's the director of
7  legislative affairs for the FSU student body.
8      Mr. Tuckman, you're recognized, sir.
9      MR. TUCKMAN: Mr. Chairman, I'd like to
10  take this opportunity to thank you again for
11  allowing me to speak for a second time. As you
12  just said, I'll try to make it as brief as
13  possible. I know lunch is coming up and I
14  understand those concerns.
15      In relation to an academic enhancement
16  fee, first of all, I'd like to say that being
17  outright and completely opposed bears certain
18  unwarranted manner. The pragmatic approach
19  would show you that colleges need more money,
20  and they need more money to fund important
21  things like teacher-student ratios. And I, as
22  a student -- currently I'm a senior -- want to
23  see those ratios moved into a direction that
24  would be more advantageous for the state
25  university system, for the University of

Page 65

1  Florida, for Florida State. I think that
2  that --'I bear the same impetus to improve upon
3  education, as the chairwoman of Board of
4  Governors expressed earlier. I think that that
5  is the best direction that a government can
6  invest its money for its people.
7      However, when you look into the crux of
8  the issue with this fee, one will realize the
9  nature of a fee. A fee is for transportation.
10  A fee is for health. A fee is for athletics.
11  At Florida State University, fees for health go
12  to Thagard, the student health center. Fees
13  for transportation go to building new parking
14  garages to make sure that the campus is not
15  congested with cars. Fees for athletics go to
16  the Leach student athletic center. But a fee
17  for academic enhancement, to me, sounds like
18  tuition and not a fee. If the state
19  legislature, the power-holding body which
20  governs the state university system, in the
21  sense of fees, wants to raise tuition, then it
22  should do so in that respect and, to a certain
23  extent, perhaps to reflect inflation. But,
24  however, to create a fee to put a Band-Aid on
25  an issue perhaps wouldn't completely solve

17  (Pages 62 to 65)

Page 66

1  things.
2       Also, I echo the sentiments of Mr. Tate
3  and his colleague with regard to Prepaid. I
4  also have Prepaid and would agree that this
5  does, to a certain extent, break the promise
6  that's made to people who buy Prepaid.
7       Also, I've heard from the president of
8  University of Florida today that the Pappas
9  report cited that it would be appropriate to
10 raise moneys contributed to this matter. I
11 would also like to bring up that the Pappas
12 report also cited that needs-based aid needs to
13 be improved. And I would argue that, to a
14 certain extent, greatly so. And to say that
15 people receiving needs-based aid would be
16 exempt from this fee may be not sufficient to
17 provide for people who can't afford for
18 $1,000-a-year increase in tuition. So I please
19 urge you to take into concern those priorities.
20      Once again, more money for education is
21 always a fantastic investment. And at the
22 state of things right now, you know, I'm sure
23 people are looking at this and saying, any way
24 we can get it. But, however, I don't think
25 that this is the right measure to get that

Page 67

1  money, and I would encourage you to take that
2  into consideration. Thank you.
3       REPRESENTATIVE MEALOR: Thank you very
4  much.
5       At this time, I'd like to recognize
6  Mr. John Boyles. He is the student body
7  president at the University of Florida.
8       Mr. Boyles? Good morning. Welcome and
9  you're recognized.
10      MR. BOYLES: Thank you, Mr. Chairman,
11 honored representatives.
12      With all due represent to the previous
13 speaker, I'd like to take some time to tell all
14 of you about what's going on at the University
15 of Florida campus. We -- as our president of
16 our university stated previously, we have
17 decided as a student body to support this
18 initiative by your university. The reason that
19 we have decided to do that is because we have a
20 need for our education for our students. The
21 initiative would be to hire faculty members and
22 to hire academic advisors. And some of the
23 numbers were presented earlier, so I will not
24 repeat them. But from our student experience,
25 the quality of our education is not the type of

Page 68

1  education that we would like to have. Yet it
2  is a great education. We're grateful for the
3  education that we have and we're grateful for
4  the opportunities that the State of Florida has
5  provided for us, but we see something more that
6  we could have and we see a better education
7  that could be provided for our students. Our
8  students want that education.
9       We, as student government, as one of the
10 initiatives that I started last fall, before
11 this was even a discussion and before President
12 Machen presented it to our students, as he
13 stated that he did, we sent out a survey to our
14 entire student body. And we had 7,787
15 responses to this survey. And we asked our
16 students what they would like to see at our
17 university. We asked them that if there were
18 increases in tuition and fees, what would they
19 like to see that money spent on? And the top
20 two responses, far and away, were increased
21 faculty members for smaller class sizes and
22 more academic advisors.
23      And beyond that, we asked them what amount
24 of money they would be willing to pay
25 themselves out of pocket each year for these

Page 69

1  types of benefits. And over -- around
2  60 percent of our students said that they would
3  be willing to pay $500 a year out of pocket.
4  And there were other responses that were to the
5  tune of $1,000 a year, $1,500 a year, and
6  $2,000 a year in that survey. Our students are
7  willing to pay for this because they see what
8  they could get from it. They see what the
9  benefit would be, and they're excited about
10 that.
11      Our president, when he decided to push
12 forward for this initiative, had an open forum
13 with our entire student body that he invited
14 everybody to come to. And this was before the
15 proposal even went to the Board of Governors.
16 It was before -- it was the first public
17 announcement of this proposal, and he chose to
18 do it with our student body. And I think it is
19 because of that reason and his willingness to
20 work with us that the students have shown such
21 strong support.
22      We had a large group of students that
23 attended that meeting that asked many of the
24 same questions that have been asked this
25 morning. Questions were asked about financial

18 (Pages 66 to 69)

Page 70

1  aid and students who are in need and how they
2  would be able to afford this program. And
3  questions were asked about student involvement
4  and student perspective in the implementation
5  of where this money would be spent, where these
6  faculty members would be hired, where the
7  academic advisors would be going. And the
8  responses that were given and the discussions
9  that happened after that gave rise to our
10 support and to the concerns that we've
11 addressed with our university and with the
12 Board of Governors with our Board of Trustees.
13 And they've all assured us that financial need
14 and financial accessibility for our university
15 and our students will be taken care of and that
16 our students will be brought to the table as a
17 party that will have a voice in the
18 implementation and have definite influence in
19 the implementation of this program.
20       And those were the two things that we
21 asked the university for. We said, we
22 appreciate what you're doing. We see the
23 benefit and we want that benefit. These are
24 the things that we would like. And they have
25 worked together with us and assured us that we

Page 71

1  will have that kind of a relationship. And it
2  is for that reason that we, as students, ask
3  you to support this initiative and to support
4  this measure.
5       And I can answer any questions if there
6  are any, Mr. Chairman.
7       REPRESENTATIVE MEALOR: Well, thank you
8  very much for your presentation. I think what
9  we'll do is go ahead and hear from others
10 simply for the sake of time. Thank you very
11 much.
12      At this time, Mr. Arturo Armand.
13 Mr. Armand is a student body vice president at
14 the University of Florida.
15      Good morning.
16      MR. ARMAND: Good morning, Mr. Chairman.
17 My name is Arturo Armand. I do currently serve
18 as a student body vice president.
19      Actually, I have a little bit of a
20 different experience. I'm currently a law
21 student at the University of Florida. This fee
22 will not affect graduate or law students. But
23 like my other law students or graduates of
24 University of Florida, I did attend undergrad
25 at the University of Florida as recently as two

Page 72

1  years ago. And what I went through, I was a
2  political science major, and the classes are
3  fairly large in that major, upwards of 50
4  students in a class. And since I have a major,
5  along with many other majors, we want to have
6  those small classes. You want to have that
7  interaction with the other students, with the
8  faculty. And it's difficult when you feel
9  you're one in a herd. So we feel this program
10 is a way to fix that problem, to decrease these
11 class sizes that we feel is necessary for a
12 world-class education, a world-class education
13 we feel we deserve when we decide to go to the
14 University of Florida.
15      I'm very much in support of this program
16 even though I personally won't see the
17 benefits. I know those students that are going
18 behind me and hopefully even my children who I
19 hope to be Gators one day, will see the
20 benefits of this program. And this is the
21 first step in one of many steps we need to
22 take.
23      Thank you very much.
24      REPRESENTATIVE MEALOR: Thank you for your
25 testimony.

Page 73

1       Mr. Jason Lutin? Good morning. Welcome.
2       MR. LUTIN: Thank you very much for having
3  me here today, and I'll be real brief in my
4  comments. I'm just going to tell -- not go
5  into facts or anything like that.
6       I'm a student, undergraduate student, at
7  the University of Florida and I'm getting ready
8  to graduate too from the university in a few
9  weeks. I just found out today I got into law
10 school today too.
11      REPRESENTATIVE MEALOR: Congratulations.
12      MR. LUTIN: But I had the -- when I got to
13 the University of Florida, you know, large
14 classes, TAs. You know, we're talking 3,000
15 students in a class, and it was overwhelming.
16 A lot of my friends, unfortunately, didn't --
17 most of my friends didn't make it but some of
18 them haven't made it through the university
19 system because one of the reasons is being so
20 large. And one of the problems we run into is
21 advising. Throughout my tenure at the
22 University of Florida, I've had, you know,
23 problems getting advisors. We'd make
24 appointments weeks and weeks and weeks before
25 to get in to see an advisor for ten minutes to

19 (Pages 70 to 73)

## Page 74

1  find out what am I going to do for the rest of
2  my life? What major should I be in? I don't
3  know what I'm doing here. I'm very confused.
4  Someone help me. It's very, very hard to do.
5      I'm fortunate enough to have met a couple
6  of professors who were able to help me. And
7  the University of Florida is very, very good,
8  but it could be great. It could be so great.
9  And I wouldn't take back my experiences for
10  anything. But today -- as I sit here today, I
11  had class yesterday in a 4,000-level class,
12  criminology major, which is in the last class
13  which is research, methods, statistics in
14  criminology, the hardest class in criminology.
15  You're supposed to take it at the end. And I'm
16  being taught by a teacher's assistant, someone
17  who's a year older than I am. And I talked to
18  the department. They said, you know, we don't
19  have the funds. We don't have the finances.
20  We cannot hire another professor for this
21  class. That's it.
22      We have professors teaching in classes
23  they're not even supposed to be teaching.
24  That's it. No, we're sorry, Jason.
25      And I'm also getting ready to graduate

## Page 75

1  from the college of liberal arts and sciences
2  which is, by far, the largest college in the
3  university. And for the graduating class, for
4  the graduation class, there's one advisor. For
5  every one of us, there's one person. That's
6  it. There's a line out her door. And I feel
7  awful for the woman. We have, you know, to
8  bother her all the time trying to figure out,
9  what am I going to do? How do I graduate? How
10  do I do this? And it's just her. That's it.
11  We have nothing else as students, just that one
12  person.
13      So my experiences have been great, but
14  they could be so much better for students
15  coming into the University of Florida next year
16  and years to come, and I hope that it is
17  better, and I hope that the academic
18  enhancement program will make it so much better
19  for them as a student. I think it will.
20      Thank you very much.
21      REPRESENTATIVE MEALOR: Thank you very
22  much for being here today.
23      Members, let's go ahead, then, and bring
24  it back to the committee. First of all, I want
25  to thank you. I know a number of you had bills

## Page 76

1  to present. You had different meetings, but
2  you stayed with this.
3      I don't think there's a more important
4  public policy discussion related to higher
5  education in the state of Florida than the one
6  we're having right now. I think that the
7  speakers are to be commended for a bold and
8  innovative idea. It is one that we know, when
9  you simply look at the ratings of those states
10  that have attempted to do this, we will never
11  see the California system replicated again.
12  The University of Texas system with two
13  flagships tried to look at their emerging
14  metropolitan research institution such as UT
15  Dallas, in trying to create in that state what
16  we're doing with this bill, you realize what a
17  daunting task that it is. This is not going to
18  happen overnight. It's going to require us to
19  do different things, not to do things
20  differently. This is one step.
21      I, first of all, want to thank you for
22  your indulgence. I want to thank you for your
23  input to the committee prior to today's
24  meeting. I know that Mr. Hoepner and your team
25  has provided language, will continue to provide

## Page 77

1  additional language. I know that University of
2  Florida has provided language, and we've had
3  time to meet with the representatives of the
4  Board of Governors.
5      Members, it is my intent -- the speakers
6  allowed us. We will meet next week. Not every
7  committee will meet. We will meet. We will
8  hear Representative Dean. It is our intent, it
9  is our hope, that Representative Dean will
10  introduce a strike-all that may be acceptable
11  to this committee. It is my understanding
12  that, if so, then the Senate will take up that
13  to bill and we will work very closely with
14  them. We will also hear a number of other
15  member bills all related to the area of
16  postsecondary education. Some have
17  implications related to our innovative ideas,
18  so we will need your input.
19      Again, for those that took time to give us
20  input, regardless of your position, thank you
21  very, very much. This is such an important
22  issue that I thought all needed to be heard.
23      And I would like to recommend
24  Representative Thompson move we authorize staff
25  to make technical correction, as necessary, to

20  (Pages 74 to 77)

Page 78

1    the bills we heard today.
2        Is there any further business?
3    Representative Nehr, I want to thank you for
4    being willing to take on Innovative Idea 15 as
5    a member of this committee and work with us.
6    Is there further business come before the
7    committee?
8        If not, then Representative Nehr moves
9    rise without objection.  Show it done.
10       (32007-D2, 2 Audio Track)
11       UNIDENTIFIED SPEAKER:  This is the
12   Committee on Economic Development, meeting,
13   Tuesday, March 20th, 2007, from 5:00 a.m. to
14   6:00 p.m. in Reed Hall.  Today we'll be hearing
15   House Bill 1543, 1243 and 1487.
16       (End of transcription.)
17           ---oOo---
18
19
20
21
22
23
24
25

Page 79

1              CERTIFICATE
2
3
4        I, NINETTE BUTLER, Registered Professional
5    Reporter, certify that I was authorized to and
6    did stenographically report the foregoing
7    proceedings and that the transcript is a true
8    and complete record of what could be heard from
9    the digital file that was supplied to me.
10
11       Dated this 25th day of April, 2017.
12
13

14       NINETTE BUTLER
         RPR, CRR, CRC, RSA, FPR
15
16
17
18
19
20
21
22
23
24
25

21  (Pages 78 to 79)