# Exhibit L

IN RE: SNYDER vs. FLORIDA PREPAID COLLEGE FUND

FILE NO.: 20151059

AUDIO TRANSCRIPTION OF

FLORIDA SENATE LEGISLATIVE

SESSION ON SB 1710

Transcribed By:

Ninette Butler
RPR, CRR, CRC, RSA, FPR

Page 2

SENATOR OELRICH: I'm going to have to -- following -- the next one is my bill, so I'm going to have to turn the chair over to Senator Ring, as the vice chair.

SENATOR RING: Thank you.

SENATOR OELRICH: Oh, I'm sorry. Yeah. We do need to announce, by your vote, we passed Senate Bill 2418 as amended, passes.

Now, Senator Ring, would you take the --

SENATOR RING: Yeah. This is a noncontroversial bill here.

SENATOR OELRICH: Yeah. Okay.

SENATOR RING: Tab 7, right? Senate Bill 1710 is what we're on? That's the one we're on?

SENATOR OELRICH: That's correct. 1710.

SENATOR RING: Yes. State university -- 1710, state university, student fees, by Senator Oelrich.

Senator Oelrich, you are recognized to explain your bill.

SENATOR OELRICH: Thank you, Mr. Chairman.

This is Senate Bill 1710. It's a bill to improve the undergraduate education experience for the University of Florida. This bill

Page 3

authorizes the Board of Governors to delegate the University of Florida Board of Trustees the authority to establish a fee for academic enhancement. This fee would be assessed to incoming freshmen for $500 per semester and fully phased in over a four-year period.

The money generated with this program will allow the university to hire 200 more professors and 100 academic advisors. This will go a long way to improve the overall educational experience at the University of Florida.

You may know that the flagship universities in the United States, the top 75, as far as collecting tuition, the tuition at the University of Florida is No. 75, followed very closely by Florida State University at 74.

We want to reduce the overall student-to-faculty ratio and also increase the number of faculty -- or advisors to the number of students.

This is -- over in the other side of the Capitol, over in the House, this is No. 17 of Speaker Marco Rubio's list of 100 great ideas. We have a magnificent 11-member public

Page 4

university system in our state, and this is -- but the University of Florida is in the best position to assume a top-ten university, and not far behind is probably Florida State University and our other universities. But by supporting this bill, the universities will overcome several huge hurdles that could hopefully propel them into the top ten.

We all realize the tuition in the state of Florida in general is very much lower than anywhere in the country. We just need to give our universities the tools they need. So far, universities have done a really good job of giving us a good education, but it's really been, you know, really on the cheap. And the legislature, I hope, will recognize that they cannot continue to fund at this level, and so this is an effort to help supplement the funds that are already there to rise all boats.

At the University of Florida, for instance, 95 percent of in-state students are on Bright Futures, and the household median income of the University of Florida students is $100,000, and 25 percent of those students have a household income of $150,000.

Page 5

So we have a situation at the University of Florida that students that could well afford -- their households could well afford to pay a little bit more of this percentage of what it costs to educate them need to step up. And so we're hoping that this will improve the overall quality not only of the University of Florida but the university system in general.

They have assured me at the University of Florida that the students that are on financial aid will not have to pay, the student, the academic enhancement fee, and this will not affect Bright Futures scholarship.

This year we have 25,000 students that applied to the University of Florida, and we only can take 6,000 of those. There's a high demand to get into the University of Florida, and the minimal $500-per-semester fee will not discourage students from attending the University of Florida. If they choose not to pay the extra fee, there are ten other universities that they might attend that the students can choose from.

And we get into this whole area of Prepaid. I know that you'll hear that today

probably that Florida Prepaid is -- has some opposition to the bill. My contention upon this is, is that I hope that Florida Prepaid does not -- their tail does not wag the dog. We need to recognize that we're going to have increases in our overall educational experience, that when we create a fund, that fund is there for a particular purpose, and the purpose of it is to help pay for students who sign up to be in Prepaid and to honor those contracts. And we will honor all the existing contracts.

After the bill is passed, there will be an option for purchasing contracts that include the fee. I am told by Prepaid and other -- to cover all the current contracts, it'll cost an additional 350 million, but we're not talking about all the universities. We're talking about one and -- perhaps later, but we can take these one at a time.

I've also had the numbers provided by Florida Prepaid that there is $600 million in reserves in Florida Prepaid. And, here again, that money is allocated by the people of the state of Florida to pay exactly these types of

things. When tuition or fees go up and they're included in the contract, they need to be covered. And they are projected -- I understand to have perhaps as much as $1 billion set aside in three years.

Mr. Chairman, fellow senators, by supporting this bill, you have the opportunity to help improve higher education and all of Florida's students and all the various universities that we have. We are giving them an opportunity to experience a world-class education. This is a chance to earn a degree from the a top-ten university in the case of the University of Florida.

And as an FSU alumni, this isn't solely about the University of Florida. This is about turning the corner and how we invest in the university system. We want to give the students of Florida to achieve the best education possible, and it's about keeping our best and brightest here in Florida to attend college. That's why all of the other state universities, without regard to any of them -- there's no exceptions here -- support this bill. And the state of Florida is a leader

nationally in many things, and it would be wonderful if we could be in that top-ten rung with one of our great state universities.

Mr. Chairman, that's the bill.

SENATOR RING: Senator Oelrich, we're going to temporarily postpone this bill for a moment while Senator Dockery is here to present her bill.

So you have the chair, sir.

(A portion of the audio was not transcribed.)

SENATOR OELRICH: Let's show that Committee Substitute 1160 passes.

Now I'm going to turn it back over to Senator Ring so we can continue to discuss Senate Bill 1710.

SENATOR RING: Thank you, Senator Oelrich.

Back on SB 1710. The bill has been explained. Do we have any questions?

Okay. We do have a lot of public testimony. So I've been asked to ask those who are speaking on this issue if you would please limit your discussion to just a couple minutes.

First is Stanley Tate.

Hello, sir. Thank you.

MR. TATE: Thank you.

I don't know whether all of you know anything about the Florida Prepaid College Program going back to 1987. I wrote the bill, the enabling legislation. I helped write it.

What many of you may not know is the name of the program was changed last year by a bill that was signed by the governor. It's now the Stanley G. Tate Florida Prepaid College Program.

Why did I write it? I wrote it because the affordable nature of a college education is probably the singular most important thing we have to offer to those people who are residents of the state of Florida who can't afford to go to college.

You should know something about myself. I entered the University of Florida when it was an all-male school. It wasn't coed. It was in 1944. My tuition was $100 a year. I graduated from the University of Florida.

I wrote this program for a lot of reasons, but I guess some of them were answered by the comments that were contained in the bill, which I wasn't aware of, and that's that you're going

Page 10

to recognize all of the existing policyholders or contract owners, the beneficiaries. The House Bill isn't quite that same way. So I really thank you for that recognition because I think it's important. But I also think it's important that you recognize that this state has done a terrible job in taking care of its low-income students who may want to go to college. Your financial aid program is probably as bad as any in the state. So if you want to get awards for the lowest tuition, you should also take the award of one of the worst financial aid programs in the United States.

The minorities and the low-income purchases in the Florida Prepaid Program has increased every year. The statistics are here. And they're amazing when you look at the numbers, going back from the time of inception to last year.

I have so many comments to make, I have to apologize that I just can't do it in two minutes.

My concern for this bill is, frankly, is this is another word for tuition. Enhancement is a word. It's a fee. It means that you're

Page 11

increasing the cost of tuition.

Now, it is true, without a doubt, in my opinion, every university in the state is going to want this additional charge. And I think the chairman properly and aptly so stated that that's probably going to be the intention. Although, this bill is solely for the University of Florida.

I'm a Gator. And I'm a big supporter of the University of Florida. I'm also a trustee of Saint Thomas University, which is the highest diversity college in the state of Florida, in fact, one of the highest in the United States. 35 percent of our students are in the -- in our college through the Florida Prepaid College Program. So you have a large degree of independent colleges that will be grossly affected by this increase in tuition, and you'd better understand what it means for the low-income minority who has to purchase this program now over an 18-year payout program when the child is born. That's the majority.

Senator King knows this probably better than many of you because the senator and I have had lots of discussions about the Florida

Page 12

Prepaid College Program, what are its intentions, what were its intentions. The truth is, we met those intentions. And we are, in fact, the largest prepaid college program in the United States. But more importantly, more importantly, is that we've sold more in Florida than every other state in the United States combined.

Now, it is true that Florida has the lowest tuition, but it's also true we're going to have, in 2010, more high school graduates going to college than any state in the United States.

What does that mean for a businessman? I'm a successful businessman. I could tell you what it means. It means that the people I hire have -- I'll have a greater opportunity to interview college graduates and low-income college graduates. Look at your prison population in Florida and you'll see that 94 percent of the prisons are either high school dropouts or maybe high school graduates. They're not college graduates.

By reducing the number of students that are eligible to go to college because of

Page 13

financial means, you will be having a major economic effect on this state. This state is not a rich state. This state a poor state. If you want to measure the income levels, you will soon recognize that there is a high percentage of our population that are in the poor income bracket. And that's $50,000 a year or less.

I tell you, frankly, this is a very important thing. And I understand why -- how valuable it is for the University of Florida. I've tried hard to meet with Dr. Machen on several occasions to find out how he's going to handle the students who don't have the money. Lending them the money is not a good answer. It really isn't. For those of you who have graduated from college and know you had debt when you graduated, you know what it took to get it paid off, if it was paid off.

This is a serious bill. It's much more than it relates to the University of Florida being in the top ten of the United States. That has no value, no value to anyone. It certainly doesn't have value to an African-American kid who comes out of a household who he's the only child ever to go to

www.phippsreporting.com
888-811-3408

Page 14

college because his mother or grandmother saved for 18 years to pay for his tuition. I could tell you that $1,000 is a huge amount of money to a poor person, a huge amount of money.

When my father gave me the $100 for tuition, he says, get a job. Everything else is on you. And I did. I worked my way at the University of Florida. For those of you who don't know Gainesville, I worked at the Primrose Grill. I couldn't go home Christmas. If I did, I lost my job.

You ought to think very hard and long about financial aid and what this effect is because you're going to have every university here as soon as this bill passes. And the probability is it will pass, but I think you should recognize what it means to low-income people, African Americans and minority, who make up the highest percentage of our purchases right now and this past year in the program. That's what this program was designed. It was designed to be an affordable education. It's meaningful. It's more meaningful than being in the top ten. That has no value whatsoever to a college graduate.

Page 15

I graduated from the University of Florida when it was considered a nothing university. There was only one school in the state. There was no FSU. There was FSCW, which was Florida State College for Women.

Why did I go there? It was the only school I could afford. I would have loved to have gone to a private college, but I couldn't afford it. It was the college of only choice. So I think you ought to think hard and long.

I know I've gone a little bit over my two minutes and I appreciate your indulgence, but I think in the fact that I wrote this program. I have $545,000 of my own money in this program. My own money. $545,000. And I could tell you, this program touches my heart. It's a legacy. It's very meaningful.

My grandson wrote a letter. He lives in Illinois, Winnetka, Illinois. He was asked to write about the person he admires the most. My daughter sent it to me. I didn't know about it. And he said, I admire my grandfather the most, Stanley Tate, because he taught me what it means to give back.

I give back. It's important to give back.

Page 16

And I hope you'll recognize what you're doing with this bill as it relates to those who are low-income people. And I have nothing more to say and I appreciate the time. Thank you.

SENATOR RING: Thank you, Mr. Tate. Thank you for the thoughtful words.

Questions? Yes. Senator King.

SENATOR KING: Just a statement. Stanley Tate and I, as he has already indicated, go back the entire length and breadth of my political career. I was here when we first created this program. And what he alluded to only slightly at the end of his conversation was not only did he create the Prepaid, he also funded it, initially with the first $200,000 of the money that went into it. He's been a long-standing champion of not only education in this state but affordable education for the kids of the state.

And, Stanley, long after you and I are gone, you'll be remembered as the father of this.

MR. TATE: Thank you very much, Senator King.

SENATOR RING: Thank you. Well said.

Page 17

Any other questions for Mr. Tate?

Next speaking for the increase, Carolyn Roberts from the Board of Governors.

MS. ROBERTS: Chairman Oelrich, our distinguished members, thank you for having me today.

I'm very briefly here to speak in favor of this bill. The president, President Machen, had a commitment from one year ago at a national conference today, and he asked my advice on missing this very important meeting for the University of Florida. And my advice was him to keep his word because that's what we want in our president. So he apologizes for not being here today.

I speak in favor of this bill because I know quality does count in our state. And to have a great state, you need a great university system. University systems are pulled up from the top, and to be recognized nationally is very important.

The University of Florida, in fact, with this amount of money will still be a long way from where we need to be. But more important than for the University of Florida, this is

important for the system.

This was unanimously passed by the Board of Governors because we feel that it is not only wonderful for the University of Florida but for the state university system. Our system is of great value to all our citizens and I appreciate so much and thank Mr. Tate. He is certainly a great Floridian, but many of us give a great deal of our time. And I do believe that when people in this state, young people and that we are educating -- and I hope educating well -- I do believe quality counts. And I look forward to our universities being competitive and the best in the nation, so I ask you very much to vote in favor of this bill. And I'm available for any questions and I'll be in the room if you have any.

SENATOR RING: Any questions?

Senator Justice?

SENATOR JUSTICE: Ms. Chairman, and this might be for you or for the sponsor. We've all talked about it being a University of Florida bill, but the bill doesn't actually specify UF. It could be any university in the state; is that correct?

UNIDENTIFIED SPEAKER: That's correct.

MS. ROBERTS: It was passed by the Board of Governors for a specific university for a specific use: For undergraduate, faculty, and for advisors. That's how it was passed out of the Board of Governors. I can only speak for our board.

SENATOR RING: Thank you, Ms. Chairman. It was passed by your Board of Governors as potential for University of Florida, but you could pass it next month for --

MS. ROBERTS: No. Well, we passed it for this one university, for the specific use. I don't know of any -- any movement at this time for any other universities but, certainly, if that were the case, it would be everything to deal with that we are dealing with on this issue. Our board, we did it specifically for one university at this time.

SENATOR RING: Thank you.

MS. ROBERTS: Thank you very much.

SENATOR RING: Any other questions for Chairwoman Roberts?

Okay. Next, speaking in favor, Jack Sullivan from the Florida Research Consortium.

MR. SULLIVAN: Mr. Chair, our university has had two products: Research and knowledge they transfer to our students. And I can tell you I'm just tickled pink with the bill that you have passed today. But a critical element to getting those technologies out in the marketplace are kids who are knowledgeable and know how to operate them. And we have to have quality universities to do that. We cannot continue to operate with low tuition as we have in the past. This is a critical element for the success not only of the University of Florida but all of Florida's universities. Thank you.

SENATOR RING: Thank you.

Any questions? No?

Next, Chancellor Mark Rosenberg, chancellor of Florida universities.

MR. ROSENBERG: Good afternoon. Thank you very much. I would like to compliment first Mr. Hoepner of Florida Prepaid for his understanding about the relationship between funding and quality. I found Mr. Hoepner to be open-minded and flexible in thinking through the challenges that we share mutually about how

not only to continue to provide access on one hand but on the other to provide a degree that is worth something for our graduates, not just today but in the future. So I, first of all, would like to thank Mr. Hoepner for his open-mindedness in this exercise.

Second of all, I would like to say that quality does matter because we cannot hire the best faculty -- and we think that you expect that of us -- unless we can afford the salaries and unless we can afford the classroom space and teaching opportunities that the resources provide. If I can't get the best faculty, then I can't provide the best education. And if I can't provide the best education, then whether you're a Prepaid holder or not, you will not be competitive in the global labor market. That is why we support this bill. Thank you.

SENATOR RING: Chancellor, I have a question. Can you say definitively that this will not compromise the Prepaid contracts?

MR. ROSENBERG: Well, I'd like to acknowledge at the outset and I have been reminded on many occasions by my colleagues that I'm not an actuary. However, I can read

numbers and I understand trends and tendencies, and it's my best judgment that this decision will not at all compromise the Prepaid program.

SENATOR RING: Thank you.

Other questions?

SENATOR CONSTANTINE: Senator Ring?

SENATOR RING: Yes. Senator Constantine?

SENATOR CONSTANTINE: Chancellor, I appreciate this and appreciate your comments, and we talked about it.

So let's put a scenario together, okay? This doesn't compromise the Prepaid. What happens if one more university asks for it or another university? Let's just go with one more. When does it start compromising the Prepaid program?

MR. SULLIVAN: Our assessment is that -- first of all, as Madam Chair Roberts pointed out, this initiative is focused on the University of Florida and that if other universities were to request this, the board would look very carefully at their -- at the suitability for this initiative, for these universities, and it would look very carefully at the accountability and the return on

investment. We believe that there may be one or two other universities at this point that at some point in the future might be interested in this initiative and we would look at that.

At what point does it compromise? I think we would want you and Prepaid to look very closely at the reserves and to understand what the minimum reserve level could be for Prepaid to sustain itself into the future because we see Prepaid as an asset. And so, therefore, our presumption is that what we would be doing ultimately would not be harming it. We believe in the access component that Mr. Tate has referred to.

SENATOR RING: Anything else? No? Okay.

I have more of a technical question for staff. Can the universities bypass the Board of Governors and come right to the legislature for their fee increase if the board were not to recommend the fee increase?

MR. ROSENBERG: No.

SENATOR RING: No. They've got to go through the board.

MR. ROSENBERG: Yes, sir. Now, however, having said that, the legislature is

independent of the authority of the Board of Governors. So we recognize that you have your prerogatives, but our interpretation is that the Board of Governors, by the constitutional amendment, does have responsibility to operate and manage the system and the universities.

SENATOR RING: Are there other questions for the chancellor?

SENATOR OELRICH: Yes. I do.

SENATOR RING: Yes? Senator Oelrich?

SENATOR OELRICH: Thank you, Mr. Chairman.

Chancellor, am I correct in assuming that all the other ten universities are supportive of this issue?

MR. ROSENBERG: Yes. We've had significant, serious and sustained discussions about that. We understand what is at stake here. We understand how important it is to preserve Prepaid, but we're also committed to advancing the system and to improving the quality for our graduates, but they do -- they have agreed to understand this is a pilot for the University of Florida.

SENATOR RING: Any other questions?

Okay. Thank you. Thank you,

Mr. Chancellor.

MR. ROSENBERG: Thank you.

SENATOR RING: Ted Hoepner for Florida Prepaid.

MR. HOEPNER: Thank you, Mr. Vice Chairman. Thank you, Mr. Chairman. Thank you, committee members.

I'm pleased to be able to present before you today. Two minutes is going to be difficult. I'll try. Let me first introduce myself as the chairperson of Florida Prepaid. I'd also like to mention that I have some individuals with me today, Tom Wallace, who is executive director; Bill Nichols, head of operations for Prepaid. We also have Diana Hurth, who is our marketing director; Phil Blank, who is our general counsel. And we have brought Seth Harlow, who is our actuary from Ernst & Young, and he's here to answer questions because much of this has to do with, in fact, what will these fees do were Florida Prepaid have to pay these fees one way or another.

And I won't bore you with a lot statistics about Florida Prepaid. I think you know those.

We've been around to see most of all of you or all of you.

Let me just go back to November when we first heard of this. We were surprised. We took it up at our December 7th board meeting. And at that time, the board of Florida Prepaid adopted a resolution that supported this legislation with the proviso, however, that the current contract holders and the board itself be exempt from paying the fee. It's very specific: Both the board and existing contract holders. The third part was to open a new era with the universities and with the legislature -- the link, if you will, some of this -- and allow us to sell a new contract that would allow for that contract to pay in the future academic enhancement fees that new contract holders would purchase.

Basically, as we understand Senate Bill 1710, there's no specificity relative to a university. That is to say, it just says a university. It doesn't say University of Florida. We think that should be changed. That's our view.

We also note that there is no specific

exclusion for our contract holders. There is an exclusion for the fund itself to be exempt. However, it's our counsel's view that if there is litigation, which we believe there will be -- we believe there will be a class action suit -- this will be found to be tuition. If it's found to be tuition by the documents, our contracts with our contract holders, we will be held liable to pay.

Okay. Then we get into the numbers because if we back into this issue where we've got to pay, then what are we going to pay? Well, if it's only the University of Florida, according to our calculations, Ernst & Young doing the work, the liability would be in the order of magnitude of $326 million over the life of the existing contracts because we'll sell new contracts. We can take care of that. It's just the existing contracts, 326 million.

Today we've got a $586 million actuary reserve. This is not a bank account. This is not money where we can just dip into it. And if you go back and think about what is an actuary reserve, it's the difference between the assets and the liabilities out over that

period of time, and it's all based on projections. To give you an idea, 1 percent change in interest rates will cost us $480 million. You're all very knowledgeable about interest rates today because it's in the press every day. This last year we estimated that we would have a 530 yield on our investments. Our ten-year bond rate is 450 right now. We add ten for a de-enhancement on our immunization fund, so we're 70 basis points off. That starts to be a very significant -- something like $400 million is very significant, is a reduction in that actuarial reserve. Again, it's numbers. It's projections and that sort of thing.

Let me cut to the chase. The Florida College Board believes it's obligated to deal with this enhancement fee either through an exemption or paying it. We cannot break the deal with the contract holders. You know, you and we -- we believe have an obligation to those existing contract holders. We guaranteed them their tuition. We can't break that.

We believe that the solution is simple. It's to exempt both the board and the contract

holders, allow us to introduce a new contract for future sales. At the end of the day, a promise is a promise. We ask you to support us in that regard.

As Mr. Rosenberg -- Dr. Rosenberg has indicated, trying to be cooperative. We want quality education, but we've got to meet these contracts. We've got a contractual obligation. We want to make sure that you, as our policy makers, understand that obligation.

And, finally, we have an obligation to our contract holders, ultimately, to let them know how this is proceeding because the press is picking this up. You're getting e-mails. We're getting e-mails. And we want to deal with it in a proper manner. So we're very hopeful that you'll recognize their concerns and our concerns. We're available for questions.

SENATOR RING: Senator King?

SENATOR KING: Let's play worst-case scenario. Let's say that the interest rate changes dramatically for the worse or that investment strategy doesn't turn out to leave you the actuarial surplus that you have. And

Page 30

let's take it even much further and say you can't meet the obligation that the contracts that you have outstanding. Who's responsible, if anybody, for fulfilling the contracts that might be unexpired?

MR. HOEPNER: The State of Florida. The legislation has the full faith and credit of --

SENATOR KING: Full faith and credit -- is us.

MR. HOEPNER: It's you.

SENATOR KING: It's the State.

MR. HOEPNER: It is the State. You are the backbone of the program. That's the way the legislation is written.

SENATOR KING: And if it weren't met -- I'm not a lawyer, something I've been proud of all my life. But if -- if it weren't met, wouldn't there be a cause for legal action by those kids and parents who were told one thing and are not going to be able to get that done?

MR. HOEPNER: We believe there would be a cause of action. There's already been, frankly, threatened a cause of action were we to pass Senate Bill 1710 as written.

SENATOR KING: Already, you've been told.

Page 31

MR. HOEPNER: We have been told if that bill passes the way it's been written, there will be a class action suit. Yes, sir.

SENATOR KING: Thank you.

SENATOR RING: I have a question. You shouldn't say class action suit. There's a whole bunch of attorneys in the room.

MR. HOEPNER: They're all smiles.

SENATOR RING: Yeah. Right behind you there. It may say here somewhere in this analysis. What is the percentage of students at UF on Prepaid?

MR. HOEPNER: Currently, about 22 -- 29 percent of the students on the incoming class we believe will be Prepaid, okay, the first class that comes in. That's actually been dropping every year. But it's currently -- it'll be 29 percent.

SENATOR RING: And could you just tell me again, just to -- we went over this a little bit previously in my office, but what are some of the fees that you're not responsible for?

MR. HOEPNER: Well, there's a whole list of other fees that people can buy contracts to cover currently. We basically have three

Page 32

different contracts in existence. One is for tuition. One is for certain fees that are not related to tuition or academic enhancement. And then there are dormitory fees. There are so many fees at the universities these days. We cover most of the larger, but there are several others.

It's, frankly, interesting that tuition only represents about 17 percent of what it costs to go to a university today, according to the studies that we've had done. And if you take all three of the forms of contracts that we sell, it's about half of all of the costs. Books. I mean, you-all will be looking at a bill that has to do with the sales -- sales tax on books. And books, they're talking about 500 and $1,000 a semester for books, kids today.

So there's a lot -- I would defer to staff.

What other fees are not covered? Could you answer that, Tom?

MR. WALLACE: They're primarily administrative-type fees. Transportation --

SENATOR RING: Sir, you need to talk to the front. It's recording. Please.

Page 33

MR. WALLACE: Thank you, Mr. Chairman.

My name is Tom Wallace. I'm the executive director of the Prepaid College Board.

There's a list of other administrative-type working, application fees, parking fees, library fees, access fees. I don't have them committed to memory. But in the statute -- and I'm sure there's folks here from the Board of Governors that could be more specific. Anyone want to jump in? Some other types? But they're primarily administrative.

SENATOR RING: Okay. Thank you.

Any other questions?

Senator Oelrich?

SENATOR OELRICH: Thank you, Mr. Chairman.

I've got -- just got a question where you came up with this 300-and-something million dollar cost, that it was going to cost. Is that initially?

MR. HOEPNER: No, no, no. That would be over the 18-year period of time. Just the actuarial reserve is over the period of 24 years, actually. The cost to the contract holders over that period of time -- we've got 700-odd contracts -- 700,000 contracts. And of

Page 34

that, about -- well, a fraction go to the University of Florida. About 22 percent go to the University of Florida of the total contracts that we hold. And then we project it out, our actuary did, what it would cost to our fund. And over that 24 years, it would be about $326 million.

SENATOR RING: For everyone.

MR. HOEPNER: For the University of Florida only. If you take it on to all of the universities, it's about, 1,400,000,000.

SENATOR OELRICH: Sure. Okay. So we're only talking about the University of Florida here and --

MR. HOEPNER: We are --

SENATOR OELRICH: If you say -- excuse me. If you say that there's some 10,000 students at the University of Florida that are currently under Prepaid and that this would entail another $1,000 cost, wouldn't that work out to about $10 million?

MR. HOEPNER: The University of Florida student body freshmen, as I understand it, is about 6,000.

SENATOR OELRICH: Right.

Page 35

MR. HOEPNER: And if -- well, the numbers I've been given by the Board of Governors -- in the University of Florida is, if this is fully implemented, once four or five years have gone by, the ticket on this to them is about $36 million. That's their revenue. We would buy -- what we're asking, say, that one -- well, about 30 percent -- call it 30 percent, 29 percent -- would be exempt from paying that. So it would reduce the 36 million by 30 percent, roughly. That would be about the difference.

Said another way, 70 percent would be paying it. The University of Florida would be getting that extra revenue. We believe that's a substantial increase. And if you look at the tuition, which this really is, it represents about a 50 percent increase in what you're charging youngsters for tuition. And when we start looking at it from that point of view, we think that we've taken quite a step towards compromise and towards trying to improve the quality of education for Floridians that are so fortunate as to go to the University of Florida.

Page 36

SENATOR OELRICH: Mr. Chairman, a follow-up on that. I'm interested to hear what your philosophy of the Florida Prepaid is, as to whether it's -- it's a fee or -- I'm sorry -- a fund to help fund students to go to our university system, or is it an entity in itself; meaning, let's get as much money in this fund as we possibly can and hold onto it, make it bigger and bigger and bigger, and be very reluctant when we're going to have to spend it?

MR. HOEPNER: Mr. Tate was here earlier. He was quite eloquent in what he said about why the fund was developed. It was developed to allow Floridians -- over 1,200,000 contracts have been sold to Floridians for the purpose of going to school, making it affordable. 35 percent of all of those that have signed up are minorities. 59 percent are people with incomes under $70,000.

What we're trying to do, as a Florida board of Prepaid, is to ensure that we don't become a liability to you, the legislature, at a time when you need general revenue. So we are trying desperately to protect and be a good

Page 37

fiduciary of our contract holders' money. This is, after all, not the money that was put in there by the government. This is hard-earned dollars from good citizens of this state.

So we're not quite the same as an agency because all these dollars have been collected. Many, many of our people are putting in over 213 monthly payments at $84 per month. And to not -- and to disregard the contract that we have with them, to me, is very difficult to imagine as a businessman.

SENATOR OELRICH: Follow up to that. Response to that.

SENATOR RING: Yes.

SENATOR OELRICH: Well, I am one of those contract holders, and I have no intention of not to honor those contracts. We expect that if we are successful in passing this bill, that it'll be taken and absorbed by the Florida Prepaid.

MR. HOEPNER: Sir, that's not the way the bill is written, according to our legal counsel.

SENATOR OELRICH: Well, we'll have another speaker come up and address that.

SENATOR RING: Anything else? Senator Constantine?

SENATOR CONSTANTINE: Thank you. We've got five other speakers, so I'm going to keep this brief. But, Mr. Hoepner, it's good to see you again. Thank you for coming. Even after you left Orlando and went to Atlanta, you stayed involved in Florida and the children of Florida. And it's good to have you back as a citizen of the state of Florida and it's good to see you.

You know, it's something that Mr. Tate said and then you shifted it over, and I just want to get this. And I'm going to say some things later. Let's just assume that it's 30 percent contract holders from the University of Florida. So you're dealing, from their own numbers, $8.2 million that would be generated a year. So now we're dealing with 5.2 million that we've generated a year, which would be 3 million that would have to be, you know -- of the 30 percent would be the current contract holders. You were concerned that they be exempt.

MR. HOEPNER: Yes, sir.

SENATOR CONSTANTINE: But Mr. Tate was concerned about more in his speech, about those that are, you know, minority, you know, poor, you know, less fees and everything. If -- as opposed to the current fee holders, which would be more important, the current fee holders that would be exempt or those below a certain level like 200 percent, the poverty level being exempt? Which would be more important as a philosophy in your eyes, saying that, you know, if you -- you're dealing with, you know, an actuary right now, if it was just the University of Florida, as you indicated, of about -- your numbers would go down to reduced to 586 million if just the University of Florida was part of it.

That's what it says right here. You're at 1.4 billion, but it would be 586 million, which would still be a reduction to 864 million in the negative if it was, you know, all 11 universities.

MR. HOEPNER: Systemically, it would cost us a billion four. We've got a reserve. That would knock our reserve into the negative 800-odd million. If it's just the University

of Florida --

SENATOR CONSTANTINE: It would still be two hundred twenty, sixty, eighty million something.

MR. HOEPNER: So it knocks it back some 300-odd million dollars in actuarial reserves. Again, not money in the bank. Actuarial reserve.

Now, to answer your original question, we're equally concerned. We're very concerned about access and affordability. We also believe that what Ms. Roberts, Chairman Roberts said, what Chancellor Mark Rosenberg said, that there will be provision at the universities so that those that don't meet the income levels will have this fee waived. So I haven't addressed that piece of it. We're accepting that and, frankly, changing the historic view of the Florida Prepaid altogether.

Historically, Florida Prepaid would be against this whole thing flat out. And we're not there at all. We're trying to establish a way that you can start to decouple and get this tail that's wagging the dog that was spoken of earlier. You know, somebody said that Florida

Prepaid was the tail that was wagging the dog. Well, we're not the tail that is wagging the dog. We're an excellent service to the citizens of this state, and we want to continue to be. But we can end up being a heck of a problem for the state's revenue if we continue on the basis we're going.

SENATOR CONSTANTINE: I'd like to ask your auditor something, from Ernst & Young.

My question is, I mean, obviously, very plainly, can Prepaid absorb the cost of the University of Florida fee?

MR. HARLOW: By our analysis, it would be 300-and-some-million-dollar hit to the actuarial reserves, which would leave a reserve along the lines of 200 million, keeping in mind that from year to year, based on a bunch of factors, including new contract sales, how tuition is increasing, the changes in interest rates also have effects that can swing that number on the magnitude of hundreds of millions.

SENATOR CONSTANTINE: Okay. So, then, just to be clear about that, so if this bill passes and if interest rates go up 1 percent,

then you're in debt.

MR. HARLOW: Down 1 percent.

SENATOR CONSTANTINE: Down 1 percent, I mean. I'm sorry. You're in debt.

MR. HARLOW: That's likely to be the case.

SENATOR CONSTANTINE: Okay.

SENATOR RING: Any other questions? Senator Oelrich?

SENATOR OELRICH: Chairman, I just want to -- is that 300 right at the onset, or aren't we talking about over 18 years?

MR. HARLOW: That's a value as of today for the entire projection. So we're looking at all students that may start between now and -- all students who currently own contracts.

SENATOR OELRICH: At the University of Florida.

MR. HARLOW: That would go to the University of Florida. Correct, sir.

SENATOR OELRICH: But it is over how long of a period of time?

MR. HARLOW: I believe it's about 24-year period of time.

SENATOR OELRICH: Twenty-four years. Okay.

SENATOR RING: Okay. Any other further questions of Mr. Hoepner?

Yes. Senator King.

SENATOR KING: How long did it take to get the 500 million that you have in reserve now? Isn't that over the life of Prepaid?

MR. HOEPNER: The answer to it is, is that that's the most current number. Every year we recalculate. Currently, it's 9 percent. It's been as low as 3 percent. It's been as high as 18 percent. That number moves very dramatically based on everything, but it's a 19-year accumulation of reserves through, I think, a very prudent management of the money.

Having said that, we historically have enjoyed a 9 percent interest rate, okay? If you take that 19-year period of time, we've averaged a return of 9 percent on our investment portfolio. Our investment portfolio is literally 90 percent bonds. Today, you're looking at a 4-and-a-half percent interest rate, one-half. So to be able to continue to hold a reserve like that, in my mind, is very problematical. And I believe that we're going to be looking at difficulty in this if we don't

start to make change, unless you-all want to tell me that we're going to have 9 percent interest rates again, because that's the only way we can indemnify it.

I hope that was helpful.

SENATOR RING: Any other questions?

Thank you. We'll move on. Thank you.

MR. TATE: Can I make a comment? I know I wasn't called on, but you should know that that yield happened because I was president of the Resolution Trust Corporation, which was the federal agency that closed 1,200 banks in the United States, because when we funded that agency, federal, it did not say guaranteed by the United States government. Those bonds came on the market at 8 and a half percent and was sold at a discount. We bought almost a billion dollars of those bonds, and our effective yield was about a little less than 10 percent. Those bonds are rapidly depleted. I don't remember how much we have left but not much. That's what built up that yield to 9 percent. But that percentage is going down every year. So the actuarial reserve is also going to go down every year. There's no question it's got to go

down because the current yield is 9 percent, but that's based on a depleting asset because those bonds have a call date. And when they're sold or redeemed by the federal government -- and they are -- the yield's going to go down. As that yield goes down, the actuarial will tell you, that reserve goes down also. So that 560 million is just a number. It really isn't money you can touch. I think the chairman really aptly stated it. It hasn't got any real -- real value to it.

This program was designed prudently -- we're the only program in the country that has an immunized portfolio. For those of you who don't know what immunization is, our entire yield is based upon the requirements of funding so that the State never had to come up with any money.

SENATOR RING: Sir, thank you. We need to move on.

Okay. President T.K. Wetherell, University of Florida [sic]?

Anyone else want the chair?

FSU.

MR. WETHERELL: Mr. Chairman, I do find

Page 46

myself in unchartered territory today. I am here to speak in support of the Board of Governors and the University of Florida. A new experience.

I really tried to figure out a way to frame this where it would maybe make a little bit more sense to someone like me with only a degree from Florida State.

Two years ago, Florida State played Penn State University in the Orange Bowl. We showed up down there with 85 players, nine coaches, seven footballs, same number of helmets, same number of shoulder pads, same number of managers. Everything was the same between us and Penn State. Last year, the University of Florida showed up to play Ohio State. Same number of coaches, same number of everything. Everybody figured that's a fair fight. Let the hair go with the hide, as they say. Florida came out a little better than we did. We had a living legend. Penn State had a living legend.

The fact of the matter is, nobody complained about the results of those games because the playing field was level. Each team had the same opportunity to win or lose. No

Page 47

questions asked.

If you turn right around, though, and look at the English lab or the biology lab or the history lab, Penn State University has twice the budget that Florida State University has, three times the tuition that Florida State University has. Ohio State has twice the academic budget that Florida -- University of Florida has. Two times the tuition is collected.

Now, if those same odds were shifted to the athletic field, we would have been screaming. All of us would have been screaming. We would have refused to play the game because it wasn't a level playing field.

We expect our athletes to have a fair shot. Shouldn't we expect all of the students at a university to have that same fair shot?

Now, in the real world, we have to charge tuition. I wish we didn't. Idealistically, it would be great if we could say, an education was free from the time you entered pre-K until you got your Ph.D. degree. That would be fantastic. But that's not the real world and that's not what we can do. We have to charge

Page 48

some tuition. I think what the University of Florida is saying is let me at least be on a level playing field.

Now, I'm not real good at math and maybe they're better than me, but even if you add this to it, Florida's tuition is about $3,200. This will move it up to $4,200. That's still $1,000 below the median for the rest of the nation.

Florida's tuition program, regardless of which state university you select, is well below the national average. Students from out of state can come to the state of Florida and get an education cheaper than they can get one in their own state. We are a good deal even with this.

Now, Mr. Tate and I have known each other for 30 years. He is a friend of old standing. He is correct that he passed the bill in 1988. The rest of that story is, I had a little bit to do with it because I was the appropriations chairman in 1988. Ray Liberti sponsored the bill, and we shepherded it through over the objections of the board of regents in 1988. When we did that, we did it for a series of

Page 49

reasons, and times have changed.

First of all, we had just implemented a lottery program. Some of us really didn't want a lottery in the state of Florida but it happened. And some of us felt that it was better to send a message to parents. It's better to invest in your children's education through a state-sponsored education program -- i.e., Prepaid -- than go out and buy a lottery ticket. That was part of the motivation that we did that. The second thing that we wanted to do in that whole deal is make students, parents, get involved in education at a very young level and make people aware that there is a future out there and there is a way to go to college.

We never saw Prepaid as the ultimate and only solution to getting an education. We believed -- and I'll make my pitch for the state university system -- that the state of Florida had an obligation and still does have an obligation to pay for a significant percentage of that. At that time, it was 75 percent. We also demanded at that time that the Prepaid program have a reserve. We knew

tuition was going to change and circumstances were going to change.

Mr. Tate is a fine human being. He is an outstanding individual, but he is a darned good businessman. In the process of developing Prepaid, not only did he create that, but he created a series of pools and funds in Prepaid. You can buy tuition. You can buy fees. You could buy -- I don't know whether we still have them, Stan, dormitories. All of those different programs and plans allowed people to make various decisions upon what they thought their particular family needs needed.

At that point in time, Bright Futures did not exist. We never believed that there would be something like Bright Futures. Had Bright Futures existed, my guess is we probably would not have passed Prepaid.

We also presented or believed that we needed a serious obligation towards need-based financial aid. I commend you for the 6.5 million that you put in last year for first generation and college and believe, whether you've got this program or any other program, that needs to continue to be funded. We always

believed at that point in time tuition was a complex issue that wasn't a single solution.

Now, what this bill does, in my judgment, it gives the University of Florida the opportunity to have a certain amount of dollars, and they have presented to the Board of Governors a plan of how they're going to spend it: 200 new faculty, counselors, et cetera. That means more classes for students at the University of Florida, whether you are a need based or a merit scholar, more counseling opportunities, better opportunities to get out on time, get into the job market and become a working member.

Whether any other institution will go in at a later date, I really don't know. I have promised Senator -- President Machen that I would not compete against him in this endeavor. I will not mention the fact that here's this Bright Futures student with great grades and great opportunities trying to choose between Florida State and Florida and I say, well, go pay $1,000 there or come over here. I'm not going to say that to the student. I think he should have a fair opportunity. And that's

probably the reason that you need one institution for right now in to see what's going to happen with the mobility of students as they move around.

So I'm here to support it. I don't believe it's going to bankrupt Florida Prepaid. I do believe Stanley Tate is a smart enough businessman, when this passes, that you're going to see another option in there, saying, you know, if you think you want your kid to go to Florida or Florida State, you can, for another $12.95, buy this add-on policy. You're not going to have all that reserve drawn down. And as has been said, the minute this passes, those reserves and those funding formulas will be changed and that reserve will be there to make it up. I support the bill and hope you will.

SENATOR RING: Thank you.

Any questions? Comments? No? Okay.

I'll now try to keep the discussion to a couple minutes each. We've got a few more speakers. And if it's been said before, please, I don't think we need to repeat it.

Seth Harlow? Oh. Thank you.

John Boyles?

MR. BOYLES: Good afternoon. Thank you, Mr. Vice Chairman, Mr. Chairman, distinguished senators.

I have the honor of representing the students at the University of Florida as the student body president, and I wanted to come forward and voice our support as a student body before you this morning -- or this afternoon for this bill. As students, we came in and met with our university administration, and our president actually came and spoke to our students before this bill even went to the -- or this proposal even went to the Board of Governors, and he laid out his plan for what he wanted to see. He laid out a time for us to ask questions as a student body and to be a part of the discussion. And I believe it's because of that effort that our president has made and has led at our university that the students have come forward and supported this bill.

We put forward from student government a survey before even the announcement of this idea, asking students what they would like to

Page 54

see at your university, if tuition was to increase, if fees were to increase, if they were to have to pay more money for their education. And by far away, the biggest things that they asked for, the biggest things that our students have said that they need are more faculty members so we can have smaller class sizes and more offerings and more academic advisors. That's what our students want, and they said that they were willing to pay for it. Our current students, without the thought of this current proposal, which was that the current students won't be paying it -- this was before this was even a thought -- our students answered on our survey that we put forward, out of our 50,000-member student body, we had 7,787 responses, and they answered 60 percent that they were willing to pay at least $500 more a semester. The other options that we had offered them on that were no more a semester, $1,000 more -- $1,000 more a year, $1,500 more a year and $2,000 more a year. And they said that they would be willing to pay at least $500 more a year or more to get these benefits from our university and to get these options in

Page 55

their education.

For those reasons, our students are supportive of this bill. We're supportive of this proposal. We asked our university for two things: One was to assure us that need-based applicants and need-based students who had a need for -- inability to meet this money and to meet this new demand would be taken care of. And the other was for student involvement. And our university, on multiple occasions, has worked with us and has agreed and committed themselves to meeting those two needs and those desires.

I'm available for any questions if there are any.

SENATOR RING: Questions?

No?

Okay. Thank you very much, Mr. Boyles.

Arturo Armand? Thank you, sir.

Jason Lutin? Okay. Great. Thank you. Okay.

Now, debate here? No debate?

Yes, Senator Constantine.

SENATOR CONSTANTINE: You know, I talked to the University of Florida and other

Page 56

representatives of other state universities prior to this, and I did not have the occasion to talk to any from the Florida Prepaid program; although, I was following this. You know, I have told the chairman that I would support this bill today. I have not made any commitments after that.

I will say, though, that I do believe that we need some -- and I was grateful to see that the bill does or there has been commitments to cover those that are -- have concerns -- I mean, below the poverty level or at poverty level or at certain -- certain area need financial aid. But I think that there also needs to be some discussion as this goes forward -- and I know that this goes to higher education appropriations next -- about the current contract holders, specifically just raw, quick, quick numbers. If it's even 30 percent that go into the University of Florida and therefore you reduce the amount of money that they -- that they expect to get, you're still looking at a significant amount of money, upwards of $5.5 million additional a year as opposed to the 8.2 that they anticipate

Page 57

currently. So I think that there's got to be some discussion about what -- you know, about that contract and what, you know, ultimately -- whether it's from, you know, the prepay information that they gave us with the actuary or our own study, what we do with the current policyholders and whether or not we can commit to them that that -- those individuals would be covered.

SENATOR RING: Thank you.

I think -- I think this concept is among the most important things that we're going to be doing here in terms of how do we get more money for the university, for the University of Florida? I also -- I've spent a lot of time with the Prepaid folks, and I thank you for the time you spent with me. I do think that we need to support this and get this out of committee today. I do think we need to have -- work beyond this committee, though, with the Prepaid folks, work very closely with the Prepaid folks to ensure that none of these Prepaid contracts can possibly be compromised. Obviously, the last thing we want to see is Prepaid go into debt, but the concept of

Page 58

increasing or getting more money for the University of Florida right now is, to me, of the absolute utmost importance, and I do commend you, Senator Oelrich, for this.

Senator Oelrich, to close?

SENATOR OELRICH: Yes. Thank you very much, Mr. Chairman.

You know, you've heard today from the students at the University of Florida, the Board of Governors, all 11 or -- excuse me. Ten other universities are in support of this. I want to especially thank President T.K. Wetherell for appearing today. That was very nice and what I would call a class act to come and support this. This is what I would like to see our -- the 2007 legislature known, as the legislature that kind of turned the corner about investing more in higher education. I know that Senator Ring is very much into technological innovation and entrepreneurship. And the way we're going to get that is through higher education. If you look at other examples throughout the United States, they had their genesis from great university centers. And I want the University of Florida, Florida

Page 59

State, Central Florida, South Florida, to be those nucleus areas that give us great technology and create the jobs and the careers of tomorrow. So I urge that you support this bill.

SENATOR RING: Thank you, Senator Oelrich. Madam secretary, please call the roll.

SECRETARY: Senator Bennett?

Senator Constantine?

SENATOR CONSTANTINE: Yes.

SECRETARY: Senator Justice?

SENATOR JUSTICE: No.

SECRETARY: Senator King?

SENATOR KING: No.

SECRETARY: Senator Ring?

SENATOR RING: Yes.

SECRETARY: Chairman?

SENATOR OELRICH: Yes.

SECRETARY: Three-two vote.

SENATOR RING: With that, by your vote, Senate Bill 1710 passes.

(Senate Committee on Higher Education Appropriations, April 24, 2007)

SENATOR OELRICH: By now, you all are well aware of our trials and tribulations and, we

Page 60

hope, successes of Senate Bill 710 [sic] dealing with academic enhancement. This bill has come a long way over the course of the last five months, and Senator Lynn will offer a strike-all amendment.

I believe now that we have a product that we can hopefully agree on and, more importantly, one that will benefit higher education in our state. And this is of benefit for higher education for years to come.

Currently, Florida ranks 50 out of 50 -- 50th out of 50 in terms of the cost of education, tuition in the United States on two different polls. One of them, they rank last in a poll of 50, and the other one in a poll of 55 flagship universities, Florida State University and the University of Florida rank 74 and 75th, respectfully. It costs more to send your child to daycare than it does to send them to a world-class university in the state of Florida.

It's time that we turn the corner on education. Everyone talks about it and campaigns on improving education, having our students be able to compete not only nationally

Page 61

but on a global market. That talk is fine but it's time to take some action, and this bill will give our colleges and universities the tools they need to compete nationally and globally. This bill will ensure that the money is spent on improving undergraduate education and hiring more professors and academic advisors. There have been in the past students here to testify for the need for additional professors.

This program will not affect Bright Futures scholarships. Bright Futures has been an overwhelming success and helps to bring down the cost of college significantly for families in Florida. Next year, 95 percent of the freshmen at the University of Florida will be on Bright Futures.

Currently, the State picks up 75 percent plus of the cost to educate its college students, and this plan will allow people to use the system to pick up the additional tab to improve it and not place the burden on the taxpayer in general.

Senator Lynn, there are some more provisions in your amendment that I know you

would like to explain, and I would ask for you to do that now.

SENATOR LYNN: Yes. I'm passing the chair to Senator Ring, Vice Chair.

SENATOR RING: Amendment No. 1 -- thank you, Madam Chair.

Amendment No. 1, Barcode 610008 by Senator Lynn. Senator Lynn, you are recognized to discuss the amendment.

SENATOR LYNN: Thank you.

This is the strike-all amendment that was proposed, and I appreciate Senator Oelrich's cooperation in trying to work something out that we think would be very beneficial to higher ed. This strike-everything amendment replaces the original bill's academic enhancement fee with a tuition differential which shall be established by the Board of Governors as Funding Level 1 and 2 schools. The funding levels were established through legislation passed last year in House Bill 1237, the 21st century technology, research and scholarship enhancement act.

The tuition differential at Level 1 schools cannot exceed 40 percent of the tuition

overall. The funding of the tuition differential at Level 2 schools cannot exceed 30 percent of tuition overall. However, the growth of tuition plus the differential cannot exceed 15 percent for any fiscal year.

The tuition differential will not be covered by Bright Futures scholarships. It is decoupled from Bright Futures.

Students having Prepaid contracts in effect in July 2007 are exempt from the fee. After that time for new contracts, the Prepaid board may offer a differential tuition contract. Students who are presently enrolled and remain continuously enrolled will not be charged the fee.

The fee may be waived for students who meet FSAG eligibility criteria. The university Board of Trustees of a university which has been authorized by the Board of Governors to charge a differential tuition may establish a differential tuition lower than the maximum authorized by the Board of Governors.

Revenue generated by the tuition differential must be spent solely for improving the quality of direct undergraduate instruction

and support services. One further section of the bill unrelated to the differential tuition simply clarifies that activity and service and athletic fee revenue may be transferred to the university DSO for the purpose of paying in secured bonds for the university capital outlay projects. The amount that can be transferred cannot exceed 5 percent of the most recent 12-month collection of the fee.

There is one late-filed amendment also.

SENATOR RING: Senator Lynn, would you offer the amendment?

SENATOR LYNN: Yes. This amendment clarifies that students are supposed to be called "beneficiaries," and so we changed one word there.

SENATOR RING: And I guess we need a motion to take up the late-filed amendment. I wasn't seeing any objections.

Senator Lynn, you've already discussed the amendment. So any questions on the amendment? Objections?

I show the amendment adopted.

We're now on Amendment No. 1 as amended. Are there any questions to the amendment?

Discussion? Objections?

I show the amendment adopted.

Senator Lynn, you have the chair.

SENATOR LYNN: Thank you very much.

We have some speakers? All right. Speakers, Mark Rosenberg, the Board of Governors.

MR. ROSENBERG: Madam Chair, members of the committee, I want to thank the chair and the committee for grappling with this issue of tuition. No doubt you share with the Board of Governors a real concern for how to finance public universities in a context with the lowest public university tuition in the United States and unmet institutional needs in all of our 11 institutions that grow every year as the global playing field expands and, in this context, as the United States and Florida fall further behind in almost any indicator that you can point to, as Senator Oelrich has mentioned.

The Board of Governors some months ago approved the academic enhancement fee as a pilot project for the University of Florida following the extensive consultation with universities and their respective boards of

trustees. The Board of Governors also approved the tech fee to be decided locally by students and their university administrations. And just days ago, members of the Senate approved five to zero Senator Lawson's tech fee initiative that was consistent with Governor Crist's concerns, even if we're not sure about his direction should it reach his desk.

The board has not reviewed this current initiative, but it applauds any initiative that would bring our institutions more financial support.

SENATOR LYNN: Thank you very much. Any questions?

Dr. Bernard Machen, University of Florida.

MR. MACHEN: Thank you, Senators. Thank you to the committee.

I'd just like to clarify that this amendment has exactly the same goal and objective that the Oelrich bill did. And we acknowledge the Senate's wisdom in making the right directional change of how to achieve it.

Just to remind you, every penny that's collected from this additional revenue will go to hire faculty and academic counselors.

There's no administrative setoff here. It's an area that is in desperate need of support. The front page of our student paper this morning talks about the huge backlog in academic counselors, where one of our colleges has 1,300 students per counselor. We think that this will really hit right at the problem, focusing, as Senator Lynn said, on undergraduate education, which is where we need the most help.

So I just want to say that the wisdom of the Senate in pursuing this approach to solve the same problem is certainly compatible with what we're trying to do and we appreciate your efforts.

SENATOR LYNN: Thank you very much for being here and for sharing the support for what we're trying to do.

Ryan Moseley, University of Florida student government. Good morning.

MR. MOSELEY: Good morning. Madam Chairman and senators, thank you for giving me the opportunity to speak with you here today.

My name is Ryan Moseley, and I'm the current student body treasurer and the incoming

student body president. I'm here today to speak in favor of this bill. We did research with students like UF, the option to raise tuition gradually over a period of years. The success of this bill is critical for students in the state of Florida to get the very best education.

The University of Florida currently has a student-faculty ratio of 21 to one, 21 to one, the highest it's ever been. Other Florida schools are suffering from that same lack of faculty. This bill will fund the necessary costs to hire more faculty and lower that ratio. As student body president, that's one of the major concerns that I really do hear, is the time that it takes for students to see advisors and the fact that they want to have faculty and dependable professors teaching their classes.

These slight increases in tuition for the next few years will raise the standard of education in the state of Florida, draw better applicants to Florida schools, produce better graduates. This can only improve Florida's reputation and the state's reputation for

valuing education.

When considering this bill, I hope you keep in mind the huge benefits it will have both for the students and for the state of Florida. Thank you for your time and consideration.

SENATOR LYNN: Thank you very much for being here.

Jason Lutin? Is that the way you pronounce your name? Student at the University of Florida.

Where is your orange today?

MR. LUTIN: What? I don't know. I couldn't find it this morning. The football team is here, so --

Thank you for letting me speak here today. I want to speak in two capacities. One is -- I graduate in a few days. I go home and take my last final tomorrow. It's very sad. (Inaudible.) I also speak as a brother. My sister was starting Florida State University as a freshman. And the experience I've had at the University of Florida has been amazing, very good to great. But as I'm going to graduate right now, in the college of liberal arts and

Page 70

science, it's the largest college in the school. It's one advisor for the entire graduating class. There's one advisor. That's it. And, literally, there's a line out her door yesterday I waited on just to get to see her just to make sure I'm ready to graduate. Just one. That's it.

And, you know, I've gone through many high-level classes. I'm taking one right now that's taught by a person just a couple of years older than me. He's a TA. And it's no fault of anyone, but they don't have the funding. I've talked to the dean of the college. There's no funding. We cannot hire another professor for the class. Too many sanctions. Too many everything. That's it. We're just stretched too thin.

My sister, who's going to Florida State soon, I hope, you know, that she won't have that same experience I had. I hope she has a lot of experiences I had, but those experiences, I hope when she's my age and she's getting ready to graduate, she'll have numerous advisors to help out. She'll know the path she wants to take at Florida State and she'll know

Page 71

what she's doing. She'll have teachers teaching -- professors teaching her classes when she's a fourth year student, and that's my hope for her.

But my experience is wonderful, but I really hope this bill passes and that we're able to provide those services to students like myself and my sister. Thank you.

SENATOR LYNN: Thank you for being here.

John A. Delaney, University of North Florida. Good morning.

MR. DELANEY: Thank you, Senator. I do appreciate your efforts on this behalf. As has been already pointed out, the tuition is very low in the state of Florida. Obviously, these are revenue items for our universities. And the original bill supported -- I was talking to Dr. Machen yesterday. It appears that the legislative changes over the last few days have dramatically improved the bill.

The only thing I think I would lay out on the table is that the other -- I'm not speaking for the other eight institutions, but the same issues that face the three that will be directly affected are also faced by the other

Page 72

eight institutions. And I think, at least in our institution, we would love the discretion to be able to entertain imposing this fee upon the students in lieu of another revenue item from the state of Florida. I recognize that this has gone pretty far down the line, but the exact same issues in terms of class size, advising, numbers of faculty and faculty lines impact our institution also. I appreciate your time.

SENATOR LYNN: Thank you for being here. I appreciate your thoughts.

I guess that's our last speaker. Do we have any questions? Any comments?

With that, the secretary will call the roll on Senate Bill 1710.

SECRETARY: Senator Justice?

SENATOR LYNN: Excuse me. Senator Oelrich, would you like to close?

SENATOR OELRICH: Well, I just want to thank everybody with all the work and discussion and give and take that we've had on this bill. I think it's a good bill and I urge my fellow senators to support it.

SENATOR LYNN: And now, Ann, if you'll

Page 73

call the roll, please.

SECRETARY: Senator Justice?

Senator King?

SENATOR KING: No.

SECRETARY: Senator Oelrich?

SENATOR OELRICH: Yes.

SECRETARY: Senator Ring?

SENATOR RING: Yes.

SECRETARY: Chairman Lynn?

SENATOR LYNN: Yes.

And by your vote, Senate Bill 1710 passes.

And thank you all for cooperating and helping us come to a place where we can try to get to the next step in our higher ed improvement and reform.

(Senate Chamber, April 26, 2007)

UNIDENTIFIED SPEAKER: Take up and read the next bill.

UNIDENTIFIED SPEAKER: Committee substitute for Senate Bill 1710, a bill to be entitled an act relating to academic fees.

UNIDENTIFIED SPEAKER: Senator from the 14th, you're recognized, Senator Oelrich, to explain your bill.

SENATOR OELRICH: Thank you,

Mr. President.

This bill is -- 1710 is a bill dealing with academic enhancement at Level 1, research universities in the state of Florida, which includes Florida State, University of Florida and University of South Florida.

UNIDENTIFIED SPEAKER: You've heard the explanation of the bill. Are there amendments?

UNIDENTIFIED SPEAKER: None on the desk, Mr. President.

UNIDENTIFIED SPEAKER: Are there questions? Is there debate? Senator Oelrich waives his time on the bill. So pursuant to Rule 4.19, the bill is placed on the count of bills on third reading.

(Senate Chamber, April 27, 2007)

UNIDENTIFIED SPEAKER: And the bill to be entitled an act relating to academic fees.

UNIDENTIFIED SPEAKER: Senator Oelrich, you're recognized, sir.

SENATOR OELRICH: Thank you, Mr. President. Now all of you have read a lot and know a lot about Senate Bill 1710 dealing with academic enhancement. We've worked for the past, really, four or five months on this

bill to try to get all the players involved here, and we think we have a product that we can all -- well, maybe not all, but we can agree on and, more importantly, one that will benefit higher education for years to come.

You know that University of Florida and -- is No. 75 as far as tuition charges and followed closely by Florida State University, which is No. 74. It costs you more to send your kids to daycare than it does to go to one of these top three universities in the state of Florida that are considered Level 1 research universities by this legislature.

So what this does is will allow the universities, these three universities -- and why we picked three was the legislature created Level 1 research universities last year, I believe it was, and these are the ones that qualify under Level 1.

Now, these three universities would be able to raise their tuition by up to 10 percent over a four-year period for a total of no more than 40 percent. The commitment here is that we're going to use this for baccalaureate programs, more professors and more counselors.

It's not unusual at these large universities to have hundreds, literally hundreds, of students, in some cases over a thousand students, per counselor. And this will enable them to buy -- or pay for new counselors and new professors in the baccalaureate program.

So this problem will not affect Bright Futures, and we have gotten them overwhelmed -- that has been an overwhelming success throughout the state of Florida. And next year, 95 percent of the students, for instance, at the University of Florida will be -- freshmen will be Bright Futures students.

So I hope that you'll -- that will allow the users of this service -- meaning, going to college -- a bigger share of the responsibility of that right now. The median income at the University of Florida, let's say, is over $100,000. And 25 percent of the households have over $150,000. So I think this is a modest increase to help out the overall academic experience for the students. And we -- by the way, we have support from the students to do this program. And it will really be an opportunity for us to turn the

corner. You know we talk about in the legislature how we want to have these kind of areas of global -- you know, global power and powers of -- where we go into high-tech areas and information technology and so forth, medical research and so forth. And the way we're going to do that is by having strong universities in our state. This is going to be a step where we're going to help to ensure that we have those strong universities that have helped generate the economic locomotive, if you will, in many other areas of the country and bring them to the state of Florida. I urge that you support this bill.

UNIDENTIFIED SPEAKER: Questions of the sponsor? Senator Wise for a question, sir.

SENATOR WISE: I don't think it's a question. I just want to commend Senator Oelrich for doing this.

UNIDENTIFIED SPEAKER: Senator Wise, could you hold until we finish up with questions, and then you're more than welcome to have comments?

SENATOR WISE: Yes, sir.

UNIDENTIFIED SPEAKER: Senator Wilson for a question? You're recognized.

Page 78

SENATOR WILSON: Thank you, Mr. President. Senator Oelrich, I'd like to find out from you how this will impact the Prepaid scholarships.

SENATOR OELRICH: Ms. Chairman, thank you. This does not affect the scholarship program at all.

UNIDENTIFIED SPEAKER: For a follow-up, Senator Wilson, recognize, ma'am.

SENATOR WILSON: Thank you, Mr. President. According to what I'm reading, it says that it doesn't affect those that will be in effect by 2007. What happens to those that are not in effect by 2007? What is the impact on those youngsters?

UNIDENTIFIED SPEAKER: Senator Oelrich for a response, sir.

SENATOR OELRICH: Mr. President, thank you.

It does not affect that at all.

UNIDENTIFIED SPEAKER: Senator Dawson for a question, ma'am.

SENATOR DAWSON: Thank you, Mr. President. My question is to -- regarding the raising of the tuition or fee. And how does that help

Page 79

us to have strong -- stronger universities? What does -- what's the correlation between raising the fees and --

UNIDENTIFIED SPEAKER: Senator Oelrich for a response.

SENATOR OELRICH: Thank you, Mr. President.

Well, right now we're in a situation where we have schools that -- we have over a thousand kids with one counselor. We have one in particular with 1,300. We also have -- waiting for the programs that they need to have to -- because we have a lack of professors to teach the courses that we need. So it's going to enhance the overall quality of the university and the university system of the state of Florida.

UNIDENTIFIED SPEAKER: Senator Dawson for a follow-up.

SENATOR DAWSON: Thank you.

Well, have we looked at what that -- those same circumstances, how they are relevant to the other universities and colleges in the state of Florida?

UNIDENTIFIED SPEAKER: Senator Oelrich.

Page 80

SENATOR OELRICH: Absolutely. If we could -- the situation at these particular universities is much more acute than it is at others, but it does affect all of those universities all throughout the state. We traditionally have very low tuition, No. 75 and 74 in a list of 75 public universities in the state of Florida. So this is an effort for those -- and it's not guaranteed. It's through the trustees of those universities, when they see -- if they see it fit, to raise the tuition to improve the quality of their baccalaureate, their undergraduate education.

UNIDENTIFIED SPEAKER: Further questions? Senator Dawson for a final question.

SENATOR DAWSON: Yes. You indicated that the students are okay with this. If -- if it starts in 2007, what does that mean for a family, middle income, that's been planning to have dollars for their kids to go to school and now all of a sudden their tenth-grader is now going to be affected? How will they be able to meet the new college tuition?

SENATOR OELRICH: Well, if they're in a situation where they're in economic need, if

Page 81

they qualify for a need base to scholarship, this will not affect that at all. They are exempt from this.

UNIDENTIFIED SPEAKER: Members, we're getting close to 1:00 o'clock. There are some motions that need to be dealt with. We are going to TP this bill, temporarily pass the bill. And so show that done without objection.

(SB 1710 resumed.)

UNIDENTIFIED SPEAKER: 1710? Page 11. Read the bill.

UNIDENTIFIED SPEAKER: Committee substitute for Senate Bill 1710, a bill to be entitled and act relating to academic fees.

UNIDENTIFIED SPEAKER: Senator Oelrich.

SENATOR OELRICH: Yes, sir, Mr. President. I know that we took this up before lunch. And I know that seems like about three days ago, but we're back on it.

One of the things I thought that might answer some questions here, I went back during lunchtime and I put together some bullets and statements. And I'd just like to take the liberty to read these to you. It's a one-pager, and it may clear up some of the

Page 82

concerns that somebody may have about this bill or fortify your approval of it.

This bill allows the university Board of Trustees, with approval from the Board of Governors, to establish an academic enhancement differential that does not exceed 40 percent over a four-year period. In order to be eligible for the full 40 percent, the university must meet the criteria for funding Level 1 and 2, as defined in the statutes 1004.635. And that would be for the University of Florida and FSU.

Universities that meet the criteria for -- excuse me -- that was for 1. For Level 2 under the statute, 1004.365, are eligible to establish a tuition differential for 30 percent of the cost of tuition.

University of Florida and FSU, it will cost $7.37 per credit hour or approximately $90 per semester for the first year of implementation.

UNIDENTIFIED SPEAKER: Senator Oelrich, we are on -- we're going to do some late-filed amendments here and then you may answer some of these questions. If not, we'll let you do

Page 83

that, do some more explaining later on.

But read the first late-filed amendment. I show it introduced without objection.

UNIDENTIFIED SPEAKER: Barcode 581510 by Senator Wilson. On page 3, line 12, delete the words "may not" and insure "shall."

UNIDENTIFIED SPEAKER: Senator Wilson?

SENATOR WILSON: Thank you, Mr. President.

This amendment will allow the tuition differential to be calculated as a part of scholarship programs such as Bright Futures.

UNIDENTIFIED SPEAKER: Questions? Questions? What about debate?

Debate, Senator Oelrich? And debate.

SENATOR OELRICH: Yes, sir, Mr. President.

This is just a -- I take it, it's almost a technical amendment that here we are at the third reading or whatever, and I guess we're going to -- the universities have agreed to this already. And now you're just telling them that they gotta. Is that correct? Is that correct?

UNIDENTIFIED SPEAKER: Senator Ring, do you want to give us some further clarification on this?

Page 84

SENATOR RING: Yeah. I believe what that means, Mr. President, is that Bright Futures will pay for this, which is -- which is --

UNIDENTIFIED SPEAKER: Okay. I'll tell you what we're going to do. I want everybody on this bill -- we're going to TP the bill with the amendment pending. We're going to TP this bill, and I want -- these are late-filed amendments. We are on third reading. As a courtesy to the sponsor of the bill, I want everybody to go in the back, and I want you to go over these late-filed amendments. The one thing we're not going to go here, particularly as we go into the last week, we're just not going to do these late-filed amendments without this body understanding them fully.

So we're going to show the bill temporarily passed. And, Senator Oelrich, if you'll go back into the back. And all the senators who have sponsored amendments, extend the courtesy to Senator Oelrich by going in the back and sharing with him your thoughts.

(HB 1710 resumed)

UNIDENTIFIED SPEAKER: We're going back to Senator Oelrich's bill on committee substitute

Page 85

for Senate Bill 1710. Read the bill.

UNIDENTIFIED SPEAKER: Committee substitute for Senate Bill 1710, a bill to be entitled an act relating to academic fees.

UNIDENTIFIED SPEAKER: Now, we have some amendments, late filed, showing no objection. Introduced without objection. Sponsor to the amendment, read the amendment.

UNIDENTIFIED SPEAKER: Barcode 581510 by Senator Wilson. On page 3, line 12, delete the words "may not" and insert "shall."

UNIDENTIFIED SPEAKER: Senator Wilson, what's your pleasure?

Show it done. Withdrawn without objection. Read the next late-filed amendment. Show it introduced without objection. Show that withdrawn without objection. We have another late-filed amendment. Constantine. Show it introduced without objection. Read the amendment.

UNIDENTIFIED SPEAKER: Barcode 095960 by Senator Constantine. On page 3, line 7, after the period, insert amendment.

UNIDENTIFIED SPEAKER: Senator Constantine.

Page 86

SENATOR CONSTANTINE: Thank you very much, Mr. President, members. And please listen up because this -- I mean, a lot of members have a concern about this tier system that we're setting up here and adding 40 percent for certain universities, 30 percent for others. This -- and working with the appropriations staff, they have an amendment that would replace this. But I just want everyone to hear the concern. There are certain universities that right now are left out of this program, this particular program, by the first and second tier. This potentially would give them the ability to do it.

Now, I have assurances from Senator Lynn that this will be done next year, but I also have assurances from the -- from members of the House that they're going to do it this year. And for UCF and FIU, we feel, like in many ways, this might be leaving us out as stepchildren with a potential of not -- with no guarantee that we would be able to move up to that tier system.

Now, as I said, Senator Lynn feels that it would be corrected and we will have that chance

Page 87

and that this does not do what it intends to do. And I, again, have just been given the next barcode to do it. All I'm saying is, I have very big concerns, deep concerns about this tier system leaving certain universities with the inability to get to that next level in the bill right now. And I want us to know that we will probably see this bill again. That's what I've been told by the House and the sponsors over there.

But my personal opinion is, if we can fix it here, if we can ensure that the other universities have that chance to get to those other tiers here and now, that we in the Florida Senate should do so.

UNIDENTIFIED SPEAKER: Senator Constantine, do you still want this amendment? We have the other amendment here that's late-filed.

SENATOR CONSTANTINE: I prefer the other amendment.

UNIDENTIFIED SPEAKER: So you want to withdraw the amendment we're on? Withdrawn without objection. Show the late-filed amendment introduced without objection. Read

Page 88

the late-filed amendment.

UNIDENTIFIED SPEAKER: Barcode 631362 by Senator Constantine. On page 3, lines 1 through 8, delete those lines and insert amendment.

UNIDENTIFIED SPEAKER: So this is the amendment you really wanted.

All right. We are on questions on the amendment. Questions on the amendment.

We are on debate on the amendment. Debate on the amendment.

Senator Ring?

SENATOR RING: Thank you, Mr. President.

This tier system -- and I know Senator Lynn will follow -- was set up because one of the things we need to do is create accountability within our university system. And one of the things that Senator Constantine in this bill is trying -- in this amendment is trying to do is trying to limit some of that accountability. In this case, something called the Carnegie Classification. The Carnegie Classification is a national body that recognizes and ranks high-quality research institutes. I believe this is a very important

Page 89

level of accountability that we have to get to for these universities to grow to and high standards so they ultimately can grow into the tuition increase that at that point they will deserve. So I do ask this chamber to please, please do oppose Senator Constantine's amendment. Thank you.

UNIDENTIFIED SPEAKER: Debate. Senator Lynn.

SENATOR RING: Well-intended amendment. Correct.

SENATOR LYNN: Thank you very much, Mr. President.

I understand exactly that Senator Constantine does want to do what's the best for all schools. However, we have to look at what's best for the entire state.

Members, we are not tiering schools. And I think we want to make it very clear that's not what this is all about. What we've tried to do is exactly what we've talked about. We're saying we're building Florida's future. Building Florida's future means we set a high benchmark for us in terms of economic development, high tech, research in the medical

sciences, research in the high-tech sciences. That's what we're trying to do. And so we have identified, based on last year's legislation, which you all voted for, that there would be Level 1 schools based on the amount of money, tremendous amount of money that they must provide for research in addition to four other categories, and they become Level 1 schools. It's a high level.

Level 2 schools also are considered not as high, not as much research but very close to. So we're talking about a research base in all of this. We're not tiering. It's just that we've got that huge mission for research. The Level 2 schools meet that -- all the requirements but at a slightly lower amount of money that they contribute to research. And they meet others and they also look at doctoral degrees, a high number of doctoral degrees at not quite as high level.

Now, the intent is not to say that these are different, better in any way. It's to say that their huge mission and the money that they put into is research. That's No. 1.

No. 2, you have had concerns, some of you

on the floor, because, oh, my goodness. Bright Futures. And oh, my goodness. Higher tuition. And that's why this year we're saying, if you can't meet it, then you can't do it. It's only for these three schools right now. That's Florida State, University of Florida, and University of South Florida.

Now, that's not to say if those other schools are closer, which happened to be, by the way, University of Central Florida, with whom I have worked unbelievably closely in crafting this, and that is the school that Senator Constantine is worried about. But their own lobbyist has said, no, no, no. We support what you are doing. Take your time and do it right that first year, and then we'll work to see what we can do because we've said you have to have at least two out of the five requirements to get into this category.

And right now, FIU is the other school, which happens to be Speaker Rubio's school, and he's interested in getting that school in. But we're trying to say we want to hold Florida's feet to the fire in terms of high requirements for major research.

Now, FIU can probably reach that very shortly, just as UCF can, but this is not the year to do it. This is the year to pass this bill as simply good policy and then have everyone try to strive for it, if that's what they choose to do.

I hope you will vote against the amendment.

UNIDENTIFIED SPEAKER: We are in debate on the amendment. Senator Oelrich in debate and then Senator Constantine to close.

SENATOR OELRICH: Senators, you know, we -- myself, Senator Lynn, especially myself and Senator Ring, didn't set up these standards. The Florida legislature set up these standards of Level 1 and Level 2. We're not saying that other schools someday might not qualify and get into this program. But that's not up to us. It's up to them. So I'm urging you to defeat this amendment.

UNIDENTIFIED SPEAKER: Senator Constantine to close.

SENATOR CONSTANTINE: And very briefly and thank you for your indulgence.

What we need to remember and understand is

that we have a number of great universities in this state that many of us represent. And we just need to ensure that we have a practical way for these schools to reach these other levels that they would like to use. And I do not feel that in current -- by this bill and the current law, that we have a streamlined method that the University of Central Florida, FIU, FAU, Florida A&M, West Florida, North Florida can reach these other levels. Now, hopefully it will be fixed. Hopefully it will be fixed, but I just want everybody to know that, currently, I feel that those universities do not feel they have a streamlined pathway to get to these other levels.

And I commend Senator Oelrich on the bill. I supported his initial bill with the University of Florida. I feel that this one still has a long way to go. Thank you.

UNIDENTIFIED SPEAKER: All those in favor of the amendment, signify by it saying aye.

UNIDENTIFIED SPEAKER: Aye.

UNIDENTIFIED SPEAKER: Nos, like sign.

UNIDENTIFIED SPEAKER: No.

UNIDENTIFIED SPEAKER: Amendment is not



adopted.

Read the next amendment.

UNIDENTIFIED SPEAKER: Not on the desk, Mr. President.

UNIDENTIFIED SPEAKER: Senator Oelrich moves. Is there any questions, discussion on the bill? Senator Oelrich moves. And CS for Senate Bill 1710 be placed on final passage. Show that done without objection.

Secretary, unlock the machine. And senators will prepare to vote on CS for Senate Bill 1710.

All senators voted? All senators voted. All senators voted?

Secretary, lock the machine. Record the vote.

UNIDENTIFIED SPEAKER: 28 yeas, 10 nays, Mr. President.

UNIDENTIFIED SPEAKER: So the bill passes.

(End of transcription.)

---o0o---

CERTIFICATE

I, NINETTE BUTLER, Registered Professional Reporter, certify that I was authorized to and did stenographically report the foregoing proceedings and that the transcript is a true and complete record of what could be heard from the digital file that was supplied to me.

Dated this 25th day of April, 2017.

NINETTE BUTLER
RPR, CRR, CRC, RSA, FPR