UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERICA LAVINA and ADREA DARLOW,
individually and on behalf of all those
similarly situated,

        CASE NO.: 0:24-cv-60001

    Class Plaintiffs,

v.

THE FLORIDA PREPAID COLLEGE BOARD, a Florida agency; JOHN D. ROOD, in his capacity as Chairman of the Florida Prepaid College Board; ADRIA D. STARKEY, in her capacity as Vice Chair of the Florida Prepaid College Board; MARK AGUSTIN, in his capacity as a member of the Florida Prepaid College Board; SLATER BAYLISS, in his capacity as a member of the Florida Prepaid College Board; KATHRYN HEBDA, in her capacity as a member of the Florida Prepaid College Board; RADFORD LOVETT, in his capacity as a member of the Florida Prepaid College Board; TROY MILLER, in his capacity as a member of the Florida Prepaid College Board; and KEVIN THOMPSON, in his capacity as Executive Director of the Florida Prepaid College Board,

    Defendants.
_____/

## DEFENDANT THE FLORIDA PREPAID COLLEGE BOARD'S NOTICE OF FILING PROPOSED ORDER

Defendant, the Florida Prepaid College Board ("Florida Prepaid"), hereby gives notice of filing its Proposed Order on Defendant, The Florida Prepaid College Board's, Unopposed Motion for Extension of Time to Respond to the Complaint (Doc. No. 12).

1

Respectfully submitted on this 24th day of January, 2024,

                        */s/ Jason Zimmerman*
                        **Jason Zimmerman**
                        Florida Bar No.: 104392
                        Primary Email Address:
                        jason.zimmerman@gray-robinson.com
                        Secondary Email Address:
                        downs.litigation@gray-robinson.com
                        **George Levesque**
                        Florida Bar No.: 555541
                        Primary Email Address:
                        george.levesque@gray-robinson.com
                        Secondary Email Address:
                        becky.emerson@gray-robinson.com
                        **GRAY|ROBINSON, P.A.**
                        301 E. Pine Street
                        Suite 1400
                        Orlando, FL 32801
                        Phone: 407-843-8880
                        Fax: 407-244-5690
                        *Attorneys for Defendant, The Florida Prepaid College Board*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2024 a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF filing system which will serve a copy via Email to all counsel of record.

                        */s/ Jason Zimmerman*
                        **Jason Zimmerman**
                        Florida Bar No.: 104392