UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERICA LAVINA and ADREA DARLOW,
individually and on behalf of all those
similarly situated,

CASE NO.: 0:24-cv-60001

    Class Plaintiffs,

v.

THE FLORIDA PREPAID COLLEGE BOARD, a Florida agency; JOHN D. ROOD, in his capacity as Chairman of the Florida Prepaid College Board; ADRIA D. STARKEY, in her capacity as Vice Chair of the Florida Prepaid College Board; MARK AGUSTIN, in his capacity as a member of the Florida Prepaid College Board; SLATER BAYLISS, in his capacity as a member of the Florida Prepaid College Board; KATHRYN HEBDA, in her capacity as a member of the Florida Prepaid College Board; RADFORD LOVETT, in his capacity as a member of the Florida Prepaid College Board; TROY MILLER, in his capacity as a member of the Florida Prepaid College Board; and KEVIN THOMPSON, in his capacity as Executive Director of the Florida Prepaid College Board,

    Defendants.
_____/

### [PROPOSED] ORDER GRANTING DEFENDANT THE FLORIDA PREPAID COLLEGE BOARD'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

**AND NOW**, this _____ day of _____ 2024, upon consideration of the Florida Prepaid College Board's Unopposed Motion for Extension of Time to Respond to the Complaint (Doc. No. 12),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

1

1. Defendant, the Florida Prepaid College Board shall respond to Plaintiff's Complaint (Doc. No. 1) on or before March 11, 2024.

BY THE COURT:

_____
DONALD M. MIDDLEBROOKS
U.S. District Judge

Copies furnished:
All counsel of record