UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-60001-BB

ERICA LAVINA and ANDREA DARLOW,
individually and on behalf of all those
similarly situated,

       Plaintiffs,                       **CLASS REPRESENTATION**

v.

JOHN D. ROOD, in his capacity as Chairman of the Florida Prepaid College Board; ADRIA D. STARKEY, in her capacity as Vice Chair of the Florida Prepaid College Board; MARK AGUSTIN, in his capacity as a member of the Florida Prepaid College Board; SLATER BAYLISS, in his capacity as a member of the Florida Prepaid College Board; KATHRYN HEBDA, in her capacity as a member of the Florida Prepaid College Board; RADFORD LOVETT, in his capacity as a member of the Florida Prepaid College Board; TROY MILLER, in his capacity as a member of the Florida Prepaid College Board; and KEVIN THOMPSON, in his capacity as Executive Director of the Florida Prepaid College Board,

       Defendants.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR HEARING

Plaintiffs Erica Lavina and Andrea Darlow, by and through their undersigned counsel and pursuant to Local Rule 7.1(b), respectfully submit this motion requesting a hearing on Defendants' pending Motion to Dismiss (ECF No. 24). For the reasons below, Plaintiffs believe oral argument on the motion will assist the Court.

On July 1, 2024, Judge Damian entered an order setting a hearing on Defendants' motion to dismiss (ECF No. 38). Subsequently, the case was reassigned, first to Judge Smith, who recused himself, and then to this Court. As a result of the multiple transfers of the case, the planned hearing on Defendants' motion never occurred.

Plaintiffs submit that a hearing on the pending motion is appropriate, as this case raises complex questions of Constitutional law, including the proper application of the *Ex Parte Young* doctrine to Plaintiffs' claims. Conducting a hearing will allow all parties an opportunity to fully present these complex arguments to the Court, as well as an opportunity to address any questions the Court raises on the underlying issues.

WHEREFORE, based on the foregoing, Plaintiffs respectfully request that the Court hold a hearing on the pending motion to dismiss and suggest that one hour of hearing time would be adequate for the parties to address all relevant issues and any questions from the Court.

## **LOCAL RULE CERTIFICATION**

Pursuant to Local Rule 7.1(a), the undersigned certifies that he contacted counsel for Defendants with respect to this request, and counsel does not oppose the requested relief.

Dated September 5, 2024

        Respectfully submitted,

        **ZEBERSKY PAYNE SHAW LEWENS, LLP**

        Edward H. Zebersky, Esq. (FBN:908370)
        Mark S. Fistos, Esq. (FBN: 909191)
        110 Southeast 6th Street, Suite 2900
        Fort Lauderdale, FL 33301
        Telephone: (954) 989-6333
        Facismile: (954) 989-7781
        ezebersky@zpllp.com
        mfistos@zpllp.com
        kgonzalez@zpllp.com

**HILGERS GRABEN, PLLC**

**/s/ Alec H. Schultz**
Alec Schultz, Esq. (FBN: 35022)
1221 Brickell Ave
Miami, FL 33131
Telephone: (305) 9630-8304
aschultz@hilgersgraben.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification to all attorneys of record.

**/s/ Alec H. Schultz**
Alec Schultz