**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:24-cv-60001-BB

ERICA LAVINA and ANDREA DARLOW,
individually and on behalf of all those
similarly situated,

    Plaintiffs,

v.

JOHN D. ROOD, in his capacity as Chairman of the Florida Prepaid College Board; ADRIA D. STARKEY, in her capacity as Vice Chair of the Florida Prepaid College Board; MARK AGUSTIN, in his capacity as a member of the Florida Prepaid College Board; SLATER BAYLISS, in his capacity as a member of the Florida Prepaid College Board; KATHY HEBDA, in her capacity as a member of the Florida Prepaid College Board; RADFORD LOVETT, in his capacity as a member of the Florida Prepaid College Board; TROY MILLER, in his capacity as a member of the Florida Prepaid College Board; and KEVIN THOMPSON, in his capacity as Executive Director of the Florida Prepaid College Board,

    Defendants.

_____/

## NOTICE OF APPEAL

  Plaintiffs, Erica Lavina and Andrea Darlow, individually and on behalf of all those similarly situated, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order on Report and Recommendation (ECF No. 58) ("Order"). In that Order, the District Court granted Defendants' Motion to Dismiss (ECF No. 24), dismissed Plaintiffs' Amended Complaint (ECF No. 15) with prejudice, and directed the Clerk to close the case.

Dated April 15, 2025  Respectfully submitted,

**BERGER SINGERMAN LLP**
201 East Las Olas Blvd, Suite 1500
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-9900

By:*/s/Edward H. Zebersky*
Edward H. Zebersky, Esq.
Florida Bar No. 908370
ezebersky@bergersingerman.com
rpendas@bergersingerman.com
drt@bergersingerman.com
*Counsel for Plaintiff*

**BERGER SINGERMAN LLP**
201 East Las Olas Blvd, Suite 1500
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-9900

By:*/s/Mark S. Fistos*
Mark S. Fistos, Esq.
Florida Bar No. 909191
mfistos@bergersingerman.com
rpendas@bergersingerman.com
drt@bergersingerman.com
*Counsel for Plaintiff*

**HILGERS GRABEN, PLLC**
Alec Schultz, Esq. (FBN: 35022)
1221 Brickell Ave
Miami, FL 33131
aschultz@hilgersgarben.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification to all attorneys of record.

By:*/s/Edward H. Zebersky*
Edward H. Zebersky, Esq.
.